April 1, 2024

Brookside Park Condominium
c/o Metropolis
4307 Gallatin Street
Hyattsville, MD 20781

Re: Reasonable Accommodation Request Service Animals

Dear Board of Directors :

I live at <u>564 Wilson Bridge Dr. Unit D-2 Oxon Hill, MD.</u>

I am requesting a reasonable accommodation from you, under the Fair Housing Act and the Americans with Disabilities Act.  I am a person defined by federal law as having a disability. The accommodation I am requesting is that I be permitted to keep my Service Animal named MaMa and my emotional support dog named Cashmere.

I am a Veteran.  My disabilities include a psychiatric disability (PTSD), and micro seizures which both hinder my ability to live alone.  My disabilities manifest in a variety symptoms including high anxiety, difficulty sleeping, fear of crowds, mood swings, nervousness when entering new environments, self-harming behavior (such as chewing fingers, scratching, biting), and migraine headaches.   I experience panic attacks during which I will freeze and be unable to move.

My doctor has prescribed a Psychiatric Service Animal to ensure my emotional well being and has also recommended an Emotional Support Animal.  I currently have 8-year-old Staffordshire terrier MaMa whom is a Psychiatric Service Dog.  When with MaMa, these symptoms are minimized or completely mitigated.

I also have 6 year-old pit bull terrier Cashmere whom is an Emotional Support Animal. I also suffer from Hypertension and am borderline diabetic. I suffer from blackouts/ micro seizures and have a medic bracelet for this condition.  Cashmere has an exceptional sense of smell and can detect changes in my blood pressure as well as low blood sugar levels and alerts me by various trained gestures.   She can untie knots, open doors, retrieve medication and is strong enough to stabilize me if I lose my balance and revive me if a black out. I once blacked out while cooking on the stove  Cashmere jumped on my chest to revive me. She saved my life that day, and possibly lives of my neighbors as well.  Cashmere has also detected my auras. Auras are partial or focal seizures that sometimes happen before a more severe seize occurs. Her ability to sense an unusual sensation or feeling, and alert me to an upcoming seizure before it happens is vital to my independent living.

EXHIBIT B

Please reply to my request in writing within the next ten (10) business days. If you have any questions about my request, please do not hesitate to contact me at slingshot.biz@gmail.com

Thank you for your consideration.

Sgt (ret) Lester Lee
Iraqi War Veteran
100% Disabled