## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|   |   |
|---|---|
| Lester Lee | * |
| Plaintiff(s) | * |
| vs. | * Civil Case No.: 8:24−cv−01205−TJS |
| Brookside Park Condominiums, Inc., et al. | * |
| Defendant(s) | * |

## SHOW CAUSE ORDER

Pursuant to Standing Order 2018−04, this case was assigned to a United States Magistrate Judge for all proceedings and each party was notified to file a consent or declination within fourteen (14) days after service and entry of appearance. Rammy Azoulay, Brookside Park Condominiums, Inc., Metropolis or counsel for Rammy Azoulay, Brookside Park Condominiums, Inc., Metropolis has not filed a consent or declination and more than fourteen (14) days have passed since notice was issued. Thereby, it is hereby

ORDERED that Rammy Azoulay, Brookside Park Condominiums, Inc., Metropolis or counsel for Rammy Azoulay, Brookside Park Condominiums, Inc., Metropolis is to appear before the designated Chambers Judge on 6/28/2024 at 2:00 p.m. to show cause, if any, why Rammy Azoulay, Brookside Park Condominiums, Inc., Metropolis or counsel for Rammy Azoulay, Brookside Park Condominiums, Inc., Metropolis did not file a consent or declination. Rammy Azoulay, Brookside Park Condominiums, Inc., Metropolis or counsel for Rammy Azoulay, Brookside Park Condominiums, Inc., Metropolis should proceed to the Clerk's Office to determine the location of the hearing on the scheduled date; and it is further

ORDERED that this Order shall be vacated if Rammy Azoulay, Brookside Park Condominiums, Inc., Metropolis or counsel for Rammy Azoulay, Brookside Park Condominiums, Inc., Metropolis files a consent or declination prior to the show cause hearing date.

Date: <u>May 30, 2024</u>                                        _____/s/_____
                                                                               Timothy J. Sullivan
                                                                               United States Magistrate Judge