**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

_____  *

**Plaintiff(s),**  *

**v.**  *  **Civil Case No.** _____

  *

_____  *

**Defendant(s).**  *

## <u>CONSENT TO EXERCISE OF JURISDICTION BY</u>
## <u>UNITED STATES MAGISTRATE JUDGE</u>

☐   In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party to the

above-captioned civil matter hereby voluntarily waives the right to proceed before a United

States District Judge and consents to have a United States Magistrate Judge conduct any and all

further proceedings in the case, including trial and entry of a final judgment, with direct review

by the Fourth Circuit Court of Appeals if an appeal if filed.


☐   Pursuant to 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil

matter acknowledges the availability of a United States Magistrate Judge but elects to have this

case randomly assigned to a United States District Judge.


_____          _____
Date                            Signature of Party or Counsel

                                _____
                                Printed Name

                                _____
                                Party Name


**<u>Electronic filing of this document will be made available only to the Clerk's Office.  Neither</u>**
**<u>the assigned Magistrate Judge nor the District Judge, if the case is reassigned, will be</u>**
**<u>informed of the decision of any individual party.  No adverse substantive consequences of</u>**
**<u>any kind will redound to an attorney or party refusing consent.</u>**