UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **LESTER LEE,**<br><br>     PLAINTIFF<br><br>v.<br><br>**BROOKSIDE PARK CONDOMINIUM, INC., METROPOLIS (aka MCM, INC.), RAMMY AZOULAY AND LAMONT SAVOY**<br><br>     DEFENDANTS | Case No. 8:24-cv-01205-TJS |

**DEFENDANTS BROOKSIDE PARK CONDOMINIUM, INC., METROPOLIS (aka MCM, INC.), AND RAMMY AZOULAY'S CONSENT TO HAVE THE CASE HEARD BY THE UNITED STATES MAGISTRATE JUDGE**

Defendants **BROOKSIDE PARK CONDOMINIUM, INC., METROPOLIS (aka MCM, INC.), AND RAMMY AZOULAY** (hereinafter "BPC Defendants" or "Defendant"), by and through undersigned counsel, hereby respectfully Consent to Have the Case Heard By a Magistrate.

1.     Pursuant to Standing Order 2018-04, Defendant hereby consents to having the case heard by the United States Magistrate Judge.

2.     Further pursuant to the Show Cause Order, entered on May 30, 2024, Defendant respectfully requests that the Show Cause Order be Vacated, upon Defendant Consent to having the case heard by the United States Magistrate Judge.

 Respectfully submitted,

*/s/Anthony D. Dwyer*
Anthony D. Dwyer (415575)
Eccleston & Wolf, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076-1378
(410) 752-7474 (phone)
(410) 752-0611 (fax)
E-mail: dwyer@ewva.com
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12 day of June, 2024, copies of the foregoing **DEFENDANTS BROOKSIDE PARK CONDOMINIUM, INC., METROPOLIS (aka MCM, INC.), AND RAMMY AZOULAY'S CONSENT TO HAVE THE CASE HEARD BY THE UNITED STATES MAGISTRATE JUDGE** were served by first-class mail, postage prepaid to:

> Richard Bruce Rosenthal, Esq.
> 545 E. Jericho Turnpike
> Huntington Station, NY 11746
> 631.629.8111 (Phone
> richard@thedoglawyer.com
> *Pro Hac Vice*

>                 */s/Anthony D. Dwyer*
>                 Anthony D. Dwyer (415575)