United States District Court
Office of the Clerk
101 W. Lombard Street
Baltimore, Maryland 21201
www.mdd.uscourts.gov

OFFICIAL BUSINESS

BALTIMORE MD 212   NEOPOST   FIRST-CLASS MAIL
29 MAY 2024 PM 1 L   05/28/2024
US POSTAGE $000.50⁰

FILED
ZIP 21201
041M11464066
ENTERED
RECEIVED

JUN 25 2024
AT BALTIMORE
BY KB   CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

BF
UNCLAIM

Lester Lee
564 Wilson Bridge Drive
Unit D-2
Oxon Hill, Maryland 20745

NIXIE   171   CE 1   2206/19/24
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
BC: 21201290599   *2127-02259-39-35

VAC

20745-187842

CV5

