UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| LESTER LEE<br><br>  Plaintiff,<br><br>vs.<br><br>BROOKSIDE PARK CONDOMINIUM, INC. METROPOLIS (aka MCM, INC.), RAMMY AZOULAY, AND CHARLES LAMONT SAVOY<br><br>  Defendants. | Case No. 8:24-cv-01205-TJS<br><br>**ATTORNEY RICHARD ROSENTHAL'S DECLARATION IN SUPPORT OF MOTION FOR CLERK'S CERTIFICATE OF DEFAULT** |

I, Richard Rosenthal, am an adult who is competent to make this declaration pursuant to 28 U.S.C. Section 1746 and I have firsthand knowledge of the facts set forth herein.

1. This action was commenced on April 24, 2024 with the filing of a summons and complaint.

2. A copy of the summons and complaint was personally served on Defendant Charles Lamont Savoy on June 10, 2024 at 7606 Prentice Court, Fort Washington, Maryland 20744.  (ECF 28).

3. Defendant Charles Lamont Savoy has not answered the Complaint, nor has he appeared in any other manner in this case.

4. No person has appeared on behalf of Defendant Charles Lamont Savoy.

5. Plaintiff Lester Lee requests a Clerk's Certificate of Default.

_____
RICHARD BRUCE ROSENTHAL
545 E. Jericho Turnpike
Huntington Station, NY 11746
(631) 629-8111 (telephone)
richard@thedoglawyer.com