# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| LESTER LEE<br><br>　　Plaintiff,<br><br>vs.<br><br>BROOKSIDE PARK CONDOMINIUM, INC. METROPOLIS (aka MCM, INC.), RAMMY AZOULAY, AND CHARLES LAMONT SAVOY<br><br>　　Defendants. | Case No. 8:24-cv-01205-TJS<br><br>**CLERK'S CERTIFICATE OF DEFAULT** |

　　I, _____, Clerk of the United States District Court, District of Maryland, do hereby certify that this action was commenced on April 24, 2024 with the filing of a summons and complaint, a copy of the summons and complaint was personally served on Defendant Charles Lamont Savoy on June 10, 2024 at 7606 Prentice Court, Fort Washington, Maryland 20744.  (ECF 28).

　　I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant Charles Lamont Savoy is hereby noted.

_____
Clerk of Court