UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| LESTER LEE<br><br>  Plaintiff,<br><br>vs.<br><br>BROOKSIDE PARK CONDOMINIUM, INC. METROPOLIS (aka MCM, INC.), RAMMY AZOULAY, AND CHARLES LAMONT SAVOY<br><br>  Defendants. | Case No. 8:24-cv-01205-TJS<br><br>**AMENDED MOTION FOR CLERK'S CERTIFICATE OF DEFAULT** |

  Plaintiff, Lester Lee, by and through undersigned counsel, that pursuant to LAR(c)(3)(a)(i) notice has been given as required by personally serving Defendant Charles Lamont Savoy on June 10, 2024 at 7606 Prentice Court, Fort Washington, Maryland 20744. (ECF 28).  The time to answer expired on July 8, 2024.  No answer has been filed by Defendant Savoy, and Defendant Savoy has not appeared, nor has anyone appeared to defend him on his behalf.   Defendant Lee has attached a proposed Clerk's Certificate of Default and a Declaration from Attorney Richard Rosenthal.  Therefore, Plaintiff Lester Lee requests the Clerk of the Court to enter default against Defendant Charles Lamont Savoy.

                    Respectfully Submitted,

                    /s/ Richard Rosenthal
                    RICHARD BRUCE ROSENTHAL
                    545 E. Jericho Turnpike
                    Huntington Station, NY 11746
                    (631) 629-8111 (telephone)
                    richard@thedoglawyer.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July 2024, copies of the foregoing Motion to Strike was served upon Defendants by operation of the Federal Court's ECF system.

/s/ Richard Rosenthal
RICHARD BRUCE ROSENTHAL
