IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**LESTER LEE**
          **Plaintiff**              \*

        **v.**                     \*        **Civil No.: TJS 24-1205**

**BROOKSIDE PARK CONDOMINIUM,**   \*
**INC., ET AL.**
          **Defendants**

\*\*\*\*\*\*

## ORDER OF DEFAULT

It appearing from the records and/or affidavit of Monet Ballard that the summons and Complaint were properly served upon Defendant Charles Lamont Savoy on June 10, 2024, that the time for said Defendant to plead or otherwise defend expired on July 1, 2024, and that said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that default for want of answer or other defense by Defendant Charles Lamont Savoy is entered this 10th day of July, 2024.

CATHERINE M. STAVLAS, CLERK

By:    /s/
Theresa D. Derro
Deputy Clerk

cc:    Charles Lamont Savoy
       7906 Prentice Court
       Fort Washington, MD 20744

U.S. District Court (Rev. 1/2000) - Order of Default