# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Lester Lee | * | |
| Plaintiff(s) | * | |
| | * | |
| vs. | * | Civil Case No.: 8:24−cv−01205−TJS |
| | * | |
| Brookside Park Condominiums, Inc., et al. | * | |
| Defendant(s) | * | |

## NOTICE OF DEFAULT

**To Charles Lamont Savoy:**

You are hereby notified that an order of default was entered against you in this Court on 7/10/2024. You have thirty (30) days from this date to file a motion to vacate the order of default. If you do not take action by this date, the Court will act promptly on any pending motions for entry of default judgment, which may result in a monetary judgment against you.

CATHERINE M. STAVLAS, CLERK

July 10, 2024  By: T. Derro
Date  Deputy Clerk