UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **LESTER LEE,**<br><br>    PLAINTIFF<br><br>v.<br><br>**BROOKSIDE PARK CONDOMINIUM, INC., METROPOLIS (aka MCM, INC.), RAMMY AZOULAY AND LAMONT SAVOY**<br><br>    DEFENDANTS | **Case No. 8:24-cv-01205-TJS** |

## ORDER

Upon consideration of the Plaintiffs Motion to Strike Defendants Second and Fourth Affirmative Defenses, the opposition thereto, and being otherwise duly advised in the premises, it is this _____ day of _____, 2024;

ORDERED that Plaintiffs Motion to Strike Defendants Second and Fourth Affirmative Defenses is Denied.

_____
U.S. Magistrate Judge

Cc: All COR

M:\4C546\Motion\Order - Opposition to Strike.docx