UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **LESTER LEE,**<br><br>PLAINTIFF<br><br>v.<br><br>**BROOKSIDE PARK CONDOMINIUM, INC., METROPOLIS (aka MCM, INC.), RAMMY AZOULAY AND LAMONT SAVOY**<br><br>DEFENDANTS | Case No. 8:24-cv-01205-TJS |

**JOINT STATUS REPORT**

Defendants **BROOKSIDE PARK CONDOMINIUM, INC., METROPOLIS (aka MCM, INC.), AND RAMMY AZOULAY and Plaintiff** file this **JOINT** Status Report and state as follows:

Plaintiff has not answered written discovery. Per local rules, the parties had a conference call on 2/12/25 regarding the outstanding discovery and defendant's counsel emailed a draft motion to compel to plaintiff's lawyer. Plaintiff's lawyer promised answers to interrogatories and document requests by February 19, 2025.

A Prince George's health inspector deposition was set for 2/17. He could not make it and it and plaintiff's deposition are set for 2/25/25 at 11 am.

Respectfully submitted,

*/s/Anthony D. Dwyer*

Anthony D. Dwyer (415575)
ECCLESTON & WOLF, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076-1378
(410) 752-7474 (phone)
(410) 752-0611 (fax)
E-mail: dwyer@ewva.com
*Attorney for Defendants Brookside Park Condominium, Inc., Metropolis (aka MCM, Inc.), and Rammy Azoulay*


*/s/ Richard Rosenthal*

Richard Bruce Rosenthal, Esq.
545 E. Jericho Turnpike
Huntington Station, NY 11746
631.629.8111 (Phone
richard@thedoglawyer.com
*Pro Hac Vice*