UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **LESTER LEE,**<br><br>      PLAINTIFF<br><br>v.<br><br>**BROOKSIDE PARK CONDOMINIUM, INC., METROPOLIS (aka MCM, INC.), RAMMY AZOULAY AND LAMONT SAVOY**<br><br>      DEFENDANTS | **Case No. 8:24-cv-01205-TJS** |

**ORDER**

Upon consideration of Defendants' Motion to Compel and Plaintiff's Opposition thereto, it is this _____ day of _____, 2025, hereby

ORDERED that Plaintiff is hereby compelled to answer discovery of Defendants within ten (10) days.

_____
U.S. Magistrate Judge

cc: All COR

M:\4C546\Plead\Federal\MTC Discovery - ORDER.docx