UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **LESTER LEE,**<br><br>    PLAINTIFF<br><br>v.<br><br>**BROOKSIDE PARK CONDOMINIUM, INC., METROPOLIS (aka MCM, INC.), RAMMY AZOULAY AND LAMONT SAVOY**<br><br>    DEFENDANTS | **Case No. 8:24-cv-01205-TJS** |

## ENTRY OF APPEARANCE

Please enter the appearance of Henry T. Carkhuff as additional counsel for Defendants Brookside Park Condominium, Inc., Metropolis (aka MCM, Inc.), and Rammy Azoulay. Anthony D. Dwyer and Eccleston and Wolf, P.C. remain as counsel for Defendants Brookside Park Condominium, Inc., Metropolis (aka MCM, Inc.), and Rammy Azoulay.

Respectfully submitted,

*/s/Anthony D. Dwyer*
Anthony D. Dwyer (Bar No. 07397)
ECCLESTON & WOLF, P.C.
10400 Eaton Place, Suite 107
Fairfax, Virginia 22030
(703) 218-5330 (phone)
(703) 218-5350 (fax)
E-mail: dwyer@ewva.com
*Attorney for Defendants Brookside Park Condominium, Inc., Metropolis (aka MCM, Inc.), and Rammy Azoulay*

Respectfully submitted,

*/s/Henry T. Carkhuff*
Henry T. Carkhuff (Bar No. 31348)
ECCLESTON & WOLF, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076-1378
(410) 752-7474 (phone)
(410) 752-0611 (fax)
E-mail: carkhuff@ewmd.com
*Attorney for Defendants Brookside Park Condominium, Inc., Metropolis (aka MCM, Inc.), and Rammy Azoulay*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 24, 2025, copies of the foregoing Entry of Appearance were served electronically through CM/ECF to all parties/counsel of record.

*/s/Henry T. Carkhuff*
Henry T. Carkhuff (Bar No. 31348)