UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LESTER LEE,<br><br>    PLAINTIFF<br><br>v.<br><br>BROOKSIDE PARK CONDOMINIUM, INC., METROPOLIS (aka MCM, INC.), RAMMY AZOULAY AND LAMONT SAVOY<br><br>    DEFENDANTS | Case No. 8:24-cv-01205-TJS |

**DEFENDANTS BROOKSIDE PARK CONDOMINIUM, INC., METROPOLIS (aka MCM, INC.), AND RAMMY AZOULAY'S MOTION FOR SUMMARY JUDGMENT**

Defendants **BROOKSIDE PARK CONDOMINIUM, INC., METROPOLIS (aka MCM, INC.), AND RAMMY AZOULAY** (collectively "Brookside"), by and through undersigned counsel, hereby respectfully move for summary judgment.  This case presents outrageous facts in which Plaintiff sought an accommodation to have two Pit Bulls in his rental condominium.  However, plaintiff admittedly kept more than 2 pit bulls in his unit, his pit bull killed another Brookside resident's dog and even bit plaintiff himself, and the dogs barked, urinated and defecated and provided a well-documented health hazard for his Brookside neighbors.  In support of this motion, this court is directed to the memorandum of points and authorities in support of summary judgment.


  Respectfully submitted,


  */s/Anthony D. Dwyer*
  _____

Anthony D. Dwyer (415575)
ECCLESTON & WOLF, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076-1378
(410) 752-7474 (phone)
(410) 752-0611 (fax)
E-mail: dwyer@ewva.com
*Attorney for Defendants Brookside Park Condominium, Inc., Metropolis (aka MCM, Inc.), and Rammy Azoulay*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of March 2025, copies of the foregoing **DEFENDANTS BROOKSIDE PARK CONDOMINIUM, INC., METROPOLIS (aka MCM, INC.), AND RAMMY AZOULAY'S MOTION FOR SUMMARY JUDGMENT** were served by first-class mail, postage prepaid to:

> Richard Bruce Rosenthal, Esq.
> 545 E. Jericho Turnpike
> Huntington Station, NY 11746
> 631.629.8111 (Phone
> richard@thedoglawyer.com
> *Pro Hac Vice*

> /s/Anthony D. Dwyer
> Anthony D. Dwyer (415575)

2