Prince George's County Ordinance Section 3-185.01, which is commonly referred to as the "Pit Bull Ordinance," provides that:

(a) Except as provided below, no person shall own, keep, or harbor a Pit Bull Terrier within the County. (b) Any person owning a Pit Bull Terrier prior to November 1, 1996, may continue to harbor the animal on his premises under the following conditions:

(1) The animal shall be registered by the Administrator of Animal Control, and must at all times wear a tag provided by the Administrator which will readily identify it as a registered Pit Bull Terrier.

(2) The owner shall pay an annual fee of $50.00 to the Administrator of Animal Control to maintain such animals and support enforcement.

(3) The owner shall maintain the dog within a building or a secure kennel at all times. Whenever the dog is removed from the building or kennel it shall be secured by an unbreakable or unseverable leash and maintained under the control of an adult.

(c) A person may temporarily hold a Pit Bull Terrier in the County for the purpose of showing the dog in a place of public exhibition, contest, or show sponsored by a dog club, association, or similar organization. The sponsor of the exhibition or show must obtain written permission from the Director and must provide protective measures to prevent the dog from escaping or injuring the public. The dog shall at all times during the transportation to and from the show or exhibition be confined in a secure temporary enclosure.

(d) Any dog employed or owned by the County or licensed security services and trained to perform official police, correctional, security, fire and/or search and rescue service shall be exempt from the provisions of this Section.

Pr. George's Code, § 3-185.1. The Prince George's County Code defines "Pit Bull Terrier" as follows:

- Staffordshire Bull Terrier breed of dogs;

- American Staffordshire Terrier breed of dogs;

- American Pit Bull Terrier breed of dogs;

- Dogs which have the appearance of being predominantly of the breed of dogs known as Staffordshire Bull Terrier, American Staffordshire Terrier, or American Pit Bull Terrier. Predominantly shall mean that the dog exhibits the physical characteristics of a Pit Bull Terrier more than any other breed of dog; and

- Dogs which have been registered at any time as a Pit Bull Terrier.

Prince George's County Code, § 3-101(62).3



EXHIBIT 2

Also relevant to this dispute, the Prince George's County Code contains an animal control subtitle. Section 3-101(a)(63) of this subtitle defines a "potentially dangerous animal" as follows:

[A]ny animal when unprovoked: demonstrates the potential to inflict bites on humans or an animal, whether on public or private property, by chasing or approaching a person in a menacing fashion or apparent attitude of attack; or any animal with a known propensity, tendency, or disposition to attack unprovoked, to cause injury, or to otherwise threaten the safety of humans or animals; or is running-at-large and has been impounded by law enforcement two (2) or more times within any twelve (12) month period. The term "potentially dangerous animal" shall not include dogs used by law enforcement officials when the dog is being used for legitimate law enforcement purposes.