11. PETS

Pets shall not be permitted upon the condominium common areas unless accompanied by a responsible adult owner of the animal using a "pooper scooper" to deposit animal feces into a plastic bag for disposal with the trash and garbage. Pets must be carried or on a leash at all times while on common areas. No more than ONE (1) cat and or ONE (1) dog may be maintained within a unit.

Any member who keeps or maintains any pet upon any portion of the condominium project shall be deemed to have indemnified and agreed to hold the Corporation, each of its members and the Managing Agent free and harmless from any loss, claim or liability of any kind or character whatsoever arising by reason of keeping or maintaining such pet within the condominium property.

The owners are responsible for complying with all existing Maryland and Prince George's County laws, statutes and regulations regarding the keeping of domestic pets. All pets shall be registered with the Association and shall otherwise be registered and inoculated as required by law.

No pet shall be chained or tied to a stake, tree, or other similar item. No pet shall be allowed on balconies unattended at any time.

No pit bull dogs are permitted on the property at any time. Any owner or tenant found to be keeping a pit bull dog in their unit or on the common property will be considered in violation of these rules and regulations and will be reported to the Prince George's County Police for enforcement and removal of the dog.

**Pets running loose**:   Prince George's County Animal Control will be notified immediately, and requested to take the pet into custody.

**Other Offenses**:

   **1st Offense:** Warning letter from Property Manager.

   **2nd and Subsequent Offenses** - Owner (and tenant, if applicable) shall be requested to appear before the Board of Directors. Fines shall be levied by the Board in accordance with this publication.


EXHIBIT 3

**URGENT - PLEASE READ**

The Board of Directors shall levy a fine for each occurrence of a violation of the Master Deed, By-Laws, or Rules and Regulations Unless otherwise provided for in these Rules and Regulations, the amount of the fine shall be a maximum of $2,000.00 per violation, plus any costs incurred by the Association due to the breach of these rules and regulations. If the violation is continuing in nature, the fine may be imposed as a flat fee or may be established as a per diem fine of up to $100.00 per day until the owner cures the violation.