**Brookside Park Condominium, Inc.**
c/o Rogal Management Group
4425 Forbes Boulevard, Suite C  Lanham, MD 20706
301.459.9350      fax 301.731.5715      info@rogalrealestate.com

# Violation Notice

June 12, 2020

Resident
564 WILSON BRIDGE DRIVE # D2
Oxon Hill MD  20745

Re: 200-436/564 WILSON BRIDGE DRIVE # D2

Resident

During our inspection of the community or via a complaint, it was determined that your unit is in violation of the Association Rules and Regulations, Covenants & Restrictions, By- Laws and/or Architectural Guidelines existing on your property.  For your reference, we are listing the problem that was noted below:  **Dogs Urinating and Defecating on the Balcony, which is a breach of the governing documents.**

**It has been reported that the resident is allowing their dogs to urinate and defecate on the balcony and the feces and urine is being pushed over the edge of the balcony or tossed, allowing it fall onto the other balconies and the common area below.**

**Using the balcony as a bathroom is not permitted as it is unsanitary and affects the health of the persons living below.**

**The Prince George's County Government Animal Management Division, Animal Control Cruelty Standards state that animals may not be maintained on a balcony/deck unless accompanied by a responsible adult.**

**Pets shall not be permitted upon the condominium common areas, unless accompanied by the owner of the animal. The Owner must be using a "pooper scooper" to deposit animal feces into a plastic bag; and disposal with the trash and garbage. Pets must be carried or on a leash while on common areas. In addition pets should not be permited to be left on balconies or patios unattended.**

If the violation(s) is not corrected within fifteen, (15), days of this notice.  Failure to correct this violation could cause you to have to appear before the Board of Directors for a violation hearing.  At that hearing you could be fined up to $2,000.00 and you may be assessed an additional daily fine until the violation is corrected and verified by the management staff.

Please review your Brookside Park Condominium Association Covenants, Rules and Regulations and the By- Laws with regards to the above referenced infraction.



EXHIBIT 4