# Animal Welfare League of Alexandria

**SURRENDERER INFO:**

Name: LESTER LEE                    Phone: (240) 543-4720

Address: 564 WILSON BRIDGE DR  # D2
OXON HILL, MD 20745

**ANIMAL INFO:** Impound Number: K21-010831

Surrender Date & Time: 6/4/2021 12:00:00AM

Intake Type: OWNER SUR              Date Available: 6/4/2021 2:58:00PM

Animal ID: A083758                  Animal Name: GHOST

Animal Type: DOG    Age: 2 years, mths    Sex: M

Breed: PIT BULL MIX

Color: WHITE,

To the best of my knowledge, this animal has/has not bitten anyone in the last 10 days.

---

I certify that I do/do not own the animal described above and that I surrender all rights to property in this animal to the Animal Welfare League of Alexandria. For owned animals, I also certify that no other person has a right to property in this animal. I understand that I **MAY NOT** reclaim this animal and that it may be placed in an adoptive home or humanely euthanized either immediately or if the League determines that a suitable home cannot be found. I also authorize my veterinary hospital to release all records pertaining to this animal to the League.

---

While the Animal Welfare League of Alexandria takes your privacy very seriously, the Code of Virginia, Section 3.2-6557 requires that certain records kept and maintained by any animal shelter, including the names and addresses of owners of animals surrendered to an animal shelter, be available for public inspection. This does not apply to persons turning in stray animals, or to persons turning in injured wildlife.

---

LESTER LEE
564 WILSON BRIDGE DR
OXON HILL, MD 20745

Vola Lawson Animal Shelter

4101 Eisenhower Avenue | Alexandria, VA | 703-746-4774 | www.alexandriaanimals.org



EXHIBIT 5