Gmail

Sharita Robinson <srobinson@brooksidepark.org>

## Pictures of urine from 564 unit D2
3 messages

**LaTrenda Hicks** <latrenda.hicks@gmail.com>                                    Mon, Jun 26, 2023 at 11:00 AM
To: "srobinson@brooksidepark.org" <srobinson@brooksidepark.org>



EXHIBIT
6

To: srobinson@brooksidepark.org

Hi Rita,

Sorry for the first email without my message but only the pictures.

I included a picture from this morning of my balcony showing the stains of the dog urine and dog poop which was caused from the tenant sweeping it off of his balcony.

My balcony smells of did urine as well.

Thank you for your help and advice.

Best,
LaTrenda Hicks
564 B2
[Quoted text hidden]

---

**Sharita Robinson** <srobinson@brooksidepark.org>                    Mon, Jun 26, 2023 at 11:11 AM
To: charllamonts@aol.com

Good Morning , Mr. Charles Lamont Savoy we have received several complaints about your tenant sweeping feces off the patio onto other units in the building. People are scared to exit their units or cars because Lester has about 6 pitbulls and never leashed please address this before the Board handles it. please contact the office a.s.a.p 301-567-5000 RITA

---------- Forwarded message ---------
From: **LaTrenda Hicks** <latrenda.hicks@gmail.com>
Date: Mon, Jun 26, 2023 at 11:00 AM
Subject: Pictures of urine from 564 unit D2
To: srobinson@brooksidepark.org <srobinson@brooksidepark.org>

[Quoted text hidden]

To: charllamonts@aol.com

[Quoted text hidden]

 **Gmail**

Sharita Robinson <srobinson@brooksidepark.org>

## Pictures in November of dog poop
2 messages

**LaTrenda Hicks** <latrenda.hicks@gmail.com>                    Tue, Jan 2, 2024 at 11:09 AM
To: Robert Haddad <board@brooksidepark.org>, srobinson@brooksidepark.org

Hello again,

I don't recall sending these but these are pictures I took on November 26th at 7:13 where one of his newer puppies pooped and cotton which landed on my balcony.

 **Gmail**

Sharita Robinson <srobinson@brooksidepark.org>

## Balcony mess of the morning
1 message

**LaTrenda Hicks** <latrenda.hicks@gmail.com>                    Sat, Feb 17, 2024 at 8:02 AM
To: Board of Directors <board@brooksideparkcondos.com>, Keisha N <k_neamo@msn.com>, Robert Haddad
<board@brooksidepark.org>, Sharita Robinson <srobinson@brooksidepark.org>

Cc: LaTrenda Hicks <latrenda.hicks@gmail.com>, Robert Haddad <board@brooksidepark.org>, Sharita Robinson <srobinson@brooksidepark.org>, Ben Colbert <ben@mymetropolis.net>

Good morning Robert,

Yesterday Alex and I investigated the leak in Mrs. Hick's unit and noticed some ceiling drywall damage alongside some staining. We then proceeded to C2 to see what the water source might be. Upon walking in we noticed a few brown stains and one large brown stain in the living ceiling. We also noticed that the carpet looked wet. The tenant mentioned that upon coming home one day she noticed that a roll of paper towel that was sitting on the floor was also wet but she didn't realize the source.

It is my assessment that the source of the leak in both C2 and B2 is from D2. Both B2 and C2 said that occasionally D2 leaves the faucet on for extended periods of time to allow the dogs to drink when he's not home.

Best regards,

On Sat, Apr 6, 2024 at 10:55 AM Robert Haddad <rhaddad@brooksidepark.org> wrote:
[Quoted text hidden]

--

Sincerely,



**RAMMY AZOULAY**
SENIOR COMMUNITY COUNSELOR

301-779-1800                    rammy@mymetropolis.net
www.wearemetropolis.com        4207 Gallatin Street Hyattsville MD

Check out Fastrac! Just call 301-825-8881. And get on the fast track with Fastrac!

**WE ARE METROPOLIS**

The content of this email is confidential and intended for the recipient specified in the message only. It is strictly forbidden to share any part of this message with any third party without the written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion so that we can ensure such a mistake does not occur in the future.

To: Rammy Azoulay <rammy@mymetropolis.net>
Cc: Ben Colbert <ben@mymetropolis.net>, Robert Haddad <rhaddad@brooksidepark.org>, Robert Haddad <board@brooksidepark.org>, Sharita Robinson <srobinson@brooksidepark.org>

Hi Rammy,

I will work from home tomorrow so when you are available, I will be here.

Thank you!
LaTrenda Hicks
[Quoted text hidden]

---

**Rammy Azoulay** <rammy@mymetropolis.net>                                   Mon, Apr 8, 2024 at 8:50 AM
To: LaTrenda Hicks <latrenda.hicks@gmail.com>
Cc: Robert Haddad <rhaddad@brooksidepark.org>, Sharita Robinson <srobinson@brooksidepark.org>

Good morning Mrs. Hicks,

Hope you had a great weekend this weekend.
I would like to stop by this afternoon, maybe around 1:00pm? Will that work for you? Do you know if your neighbor would be available at the same time?

Best regards,
[Quoted text hidden]
--

Sincerely,



**RAMMY AZOULAY**
SENIOR COMMUNITY COUNSELOR

301-779-1800                                   rammy@mymetropolis.net
www.wearemetropolis.com                        4807 Calvert Street Hyattsville MD

Check out Fastrac! Just call 301-825-8881. And get on the fast track with Fastrac!

**WE ARE METROPOLIS**

The content of this email is confidential and intended for the recipient specified in the message only. It is strictly forbidden to share any part of this message with any third party without the written consent of the sender. If you received this message by mistake, please reply to this message and follow its deletion so that we can ensure such a mistake does not occur in the future

---

**LaTrenda Hicks** <latrenda.hicks@gmail.com>                               Mon, Apr 8, 2024 at 8:58 AM
To: Rammy Azoulay <rammy@mymetropolis.net>
Cc: Robert Haddad <rhaddad@brooksidepark.org>, Sharita Robinson <srobinson@brooksidepark.org>

Good morning, Rammy,

My weekend was nice and I hope for you too! I will be here at 1:00. With regards to my neighbor in C2, I will check with him now and respond back to you as soon as possible.

Thanks!
LaTrenda Hicks
[Quoted text hidden]

---

**Rammy Azoulay** <rammy@mymetropolis.net>                                   Tue, Apr 9, 2024 at 8:32 AM
To: Robert Haddad <rhaddad@brooksidepark.org>

 **Gmail**

Sharita Robinson <srobinson@brooksidepark.org>

## 564 D2
1 message

**LaTrenda Hicks** <latrenda.hicks@gmail.com>                                    Fri, Apr 12, 2024 at 12:37 PM
To: Sharita Robinson <srobinson@brooksidepark.org>





5/2/24, 10:42 AM
Case 8:24-cv-01205-ABA    Document 46-7    Filed 03/14/25    Page 11 of 42
Brookside Park Condominium, Inc. Mail - Pictures of urine from 564 Unit D2



5/2/24, 10:42 AM

Case 8:24-cv-01205-ABA    Document 46-7    Filed 03/14/25    Page 12 of 42
Brookside Park Condominium, Inc. Mail - Pictures of urine from 564 unit D2









5/2/24, 10:40 AM
Case 8:24-cv-01205-ABA    Document 46-7    Filed 03/14/25    Page 16 of 42
Brookside Park Condominium, Inc. Mail - 564 B2 - Leak damage from above of roof



**IMG_7030.jpg**
1861K

---

**LaTrenda Hicks** <latrenda.hicks@gmail.com>                                    Sat, Apr 6, 2024 at 1:16 PM
To: Robert Haddad <rhaddad@brooksidepark.org>
Cc: Ben Colbert <ben@mymetropolis.net>, Rammy Azoulay <Rammy@mymetropolis.net>, Robert Haddad
<board@brooksidepark.org>, Sharita Robinson <srobinson@brooksidepark.org>

Hi Mr. Haddad,

I have spoken to Bill Saunders (owner of unit C2), he said his ceiling has caved in and his floors have buckled.

He said he thinks it's from the unit Lester lives in...

Thanks,
LaTrenda Hicks
240-997-3836
[Quoted text hidden]

---

**Rammy Azoulay** <rammy@mymetropolis.net>                                    Sun, Apr 7, 2024 at 11:30 AM
To: LaTrenda Hicks <latrenda.hicks@gmail.com>
Cc: Ben Colbert <ben@mymetropolis.net>, Robert Haddad <rhaddad@brooksidepark.org>, Robert Haddad
<board@brooksidepark.org>, Sharita Robinson <srobinson@brooksidepark.org>

Good morning  Mrs. Hicks,

Thank you for letting us know what's happening at yours and your neighbor's  units. If you are available I would like to
stop by on Monday to check out the damages. What's a  good time for you?


Sincerely,



**RAMMY AZOULAY**
SENIOR COMMUNITY COUNSELOR

301-779-1800                        rammy@mymetropolis.net
www.wearemetropolis.com           4307 Colburn Street Hyattsville MD

**Check out Fastrac! Just call 301-825-8881. And get
on the fast track with Fastrac!**

**WE ARE METROPOLIS**

The content of this email is confidential and intended for the recipient specified in the message only
it is strictly forbidden to share any part of this message with any third party without the written
consent of the sender  if you received this message by mistake  please reply to this message and
follow with its deletion so that we can ensure such a mistake does not occur in the future.

[Quoted text hidden]

---

**LaTrenda Hicks** <latrenda.hicks@gmail.com>                                    Sun, Apr 7, 2024 at 1:52 PM

To: LaTrenda Hicks <latrenda.hicks@gmail.com>, Rammy Azoulay <Rammy@mymetropolis.net>
Cc: Robert Haddad <board@brooksidepark.org>, Sharita Robinson <srobinson@brooksidepark.org>, Ben Colbert <ben@mymetropolis.net>

Rammy,

Please see tge note just received from Ms. Hicks. This is concerning as she had not reported rain-relatwd water leaks previously. I believe her building is among the roofs we are repairing (or just repaired). We need to identify the source of this issue as soon as possible and mitigate/address.

Note: this is an owner in the same building as Lester Lee (tenant at D2) whom we are pursuing legally. The issues may/may not be related. So finding out the cause quickly would be very helpful.

Robert

[Quoted text hidden]

[Quoted text hidden]

--

You received this message because you are subscribed to the Google Groups "Board of Directors" group.
To unsubscribe from this group and stop receiving emails from it, send an email to Board+unsubscribe@brooksidepark.org.
To view this discussion on the web visit https://groups.google.com/a/brooksidepark.org/d/msg/d/Board/CAJrsPY6gDZwbyA989Zo-wN3HY0tR1mshs_CVE4wEAsqZFbNFtA%40mail.gmail.com.

**4 attachments**



**IMG_7030.jpg**
1861K



**IMG_7031.jpg**
1572K



**IMG_7029.jpg**
1736K





 **Gmail**

Sharita Robinson <srobinson@brooksidepark.org>

## 564 B2 - Leak damage from above or roof
8 messages

**LaTrenda Hicks** <latrenda.hicks@gmail.com>                                        Sat, Apr 6, 2024 at 8:59 AM
To: Robert Haddad <board@brooksidepark.org>, Sharita Robinson <srobinson@brooksidepark.org>,
"ben@mymetropolis.net" <ben@mymetropolis.net>

Good Saturday morning,

I woke up this morning and noticed my ceiling in my living room with stains and buckling a little bit.

Not sure if there was a leak from C2 or D2 or if it's from the rain but my ceiling needs to be repaired.

Can someone please come take a look at this when the office is opened to determine who needs to fix this?

Thank you!

LaTrenda Hicks
564 B2









**Anthony D. Dwyer**

| | |
|---|---|
| **From:** | Robert Haddad <rhaddad@brooksidepark.org> |
| **Sent:** | Friday, May 24, 2024 11:42 AM |
| **To:** | Anthony D. Dwyer; Charles Gormly |
| **Cc:** | LaTrenda Hicks; Rammy Azoulay; Ben Colbert |
| **Subject:** | Fwd: [BOARD] Seeking information from attorney |

This is an impirtant update from Ms. Hicks, whom we met with at Brookside earlier this week. As you can see, the situation is untenable and poses health and safety as well as security hazards.

We are proceeding with the purchase and installation of a door bell video camera at her unit. So we will be collecting meet video evidence.

Regards

Robert Haddad

---------- Forwarded message ---------
From: **LaTrenda Hicks** <latrenda.hicks@gmail.com>
Date: Fri, May 24, 2024, 11:21 AM
Subject: [BOARD] Seeking information from attorney
To: Rammy Azoulay <Rammy@mymetropolis.net>, Robert Haddad <board@brooksidepark.org>


Good morning, Rammy and Mr. Haddad,

I am reaching out to you as I am now ready to call to report the horrible smell from 564 D2.

I came home from work last evening, went to the restroom and the smell was horrible. The stinch was so bad, my eyes were burning and I got a headache. It took my breath away for a second.

I tried looking for a phone number to call to have someone come out but everything was closed. However, during our meeting Tuesday, the attorneys mentioned they would help with getting someone to come out, I'm ready to make the complaint.

I cried last night asking GOD why can't this person leave as the smell and the damages are taking a toll on me...

If you could please provide me with the information or next steps that would be greatly appreciated!

Thanks, have a good day and a great long holiday weekend!

LaTrenda Hicks
564 B2
--
You received this message because you are subscribed to the Google Groups "Board of Directors" group.

To unsubscribe from this group and stop receiving emails from it, send an email to Board+unsubscribe@brooksidepark.org.

To view this discussion on the web visit https://groups.google.com/a/brooksidepark.org/d/msgid/Board/CAJrsPY4jJ_T0sGGbv-zvFe2gAUZZVCR4L1XkgAZw3Q8O4KS6nQ%40mail.gmail.com.

**Anthony D. Dwyer**

| | |
|---|---|
| **From:** | Robert Haddad <rhaddad@brooksidepark.org> |
| **Sent:** | Monday, June 10, 2024 11:33 AM |
| **To:** | Charles Gormly; Anthony D. Dwyer |
| **Subject:** | Fwd: [BOARD] Pictures from leak this morning 564 D2 |

Dog lawsuit update. Looks like urine is dripping through to Ms. Hick's unit. This is positively awful

================================
**Robert F. Haddad, President**
**Brookside Park Condominium, Inc.**
**500 Wilson Bridge Drive**
**Oxon Hill, MD  20745**
**(301) 567-5000**
**rhaddad@brooksidepark.org**
================================

---------- Forwarded message ---------
From: **LaTrenda Hicks** <latrenda.hicks@gmail.com>
Date: Mon, Jun 10, 2024 at 9:13 AM
Subject: [BOARD] Pictures from leak this morning 564 D2
To: Rammy Azoulay <Rammy@mymetropolis.net>, Robert Haddad <board@brooksidepark.org>, Sharita Robinson <srobinson@brooksidepark.org>

1





**Anthony D. Dwyer**

| | |
|---|---|
| **From:** | Robert Haddad <rhaddad@brooksidepark.org> |
| **Sent:** | Thursday, August 1, 2024 9:21 AM |
| **To:** | Anthony D. Dwyer |
| **Cc:** | Charles Gormly; LaTrenda Hicks; Rammy Azoulay |
| **Subject:** | Fwd: [BOARD] Look at what was on my balcony this morning. |

Tony,

Keeping you in the loop on the state of the balcony of Ms. Hicks this morning.

For reference, you met Ms. Hicks. She is the long-term owner of the unit 2 floors below Mr Lee (tenant), and had been subjected to this ongoing insane issue.

Robert

---------- Forwarded message ---------
From: **LaTrenda Hicks** <latrenda.hicks@gmail.com>
Date: Thu, Aug 1, 2024, 9:15 AM
Subject: Re: [BOARD] Look at what was on my balcony this morning.
To: Robert Haddad <rhaddad@brooksidepark.org>
Cc: Rammy Azoulay <Rammy@mymetropolis.net>, Robert Haddad <board@brooksidepark.org>, Sharita Robinson <srobinson@brooksidepark.org>


Yes, it was a mixture of feces, leaves, not sure of the other stuff along with cotton or whatever type of filling he has on the balcony for the dogs.

On Thu, Aug 1, 2024 at 9:10 AM Robert Haddad <rhaddad@brooksidepark.org> wrote:
  Ms Hicks,

  This is awful.  IS this dog feces lying on top of your railings? I am trying to confirm what I am looking at.

  Robert

On Thu, Aug 1, 2024, 9:07 AM LaTrenda Hicks <latrenda.hicks@gmail.com> wrote:
  Good morning,

  I opened my blinds this morning only to see this!!!

  Besides the meds that had poop underneath of it by the way, someone above has painted and you can see fresh paint drippings on my ledge.

  Have a good day!

  Ms. Hicks - 564 B2



--
You received this message because you are subscribed to the Google Groups "Board of Directors" group.
To unsubscribe from this group and stop receiving emails from it, send an email to Board+unsubscribe@brooksidepark.org.
To view this discussion on the web visit
https://groups.google.com/a/brooksidepark.org/d/msgid/Board/CAJrsPY7ZktUx0gQXg8WKFJpwrzZ%3DdXh5HXVp6H289b6xhiv-ew%40mail.gmail.com.

**Anthony D. Dwyer**

| | |
|---|---|
| **From:** | Robert Haddad <rhaddad@brooksidepark.org> |
| **Sent:** | Friday, August 9, 2024 9:30 AM |
| **To:** | Anthony D. Dwyer; Charles Gormly |
| **Cc:** | Rammy Azoulay; Ben Colbert; Board; LaTrenda Hicks |
| **Subject:** | Lester Lee situation--UPDATE |

This is a preliminary update to keep you in the loop.

Yesterday morning, a leak, quickly becoming a stream, then a river, was reported first from the unit at 564 C-2 (the unit below Sgt. Lee), then from the unit at 564 B2 (Ms. Hicks, a long-term Brookside owner whom you met in the Office conference room).

By noon, part of the ceiling in the C-2 unit had collapsed from the water damage. By early afternoon, part of the ceiling in the B-2 unit (Ms. Hicks's unit) had likewise collapsed.

Ms. Hicks was moved to a hotel overnight as her unit is now flooded.

Police, Brookside Security and Property Management were called, as was Mr. Savoy, unit owner of Sgt. Lee's unit. When confronted with the facts, Sgt. Lee, who had come out of his unit and would not allow anyone in before he secured his dogs, said he turned the water on for his dogs and forgot the water on and fell asleep. He went into his unit, locked the door and never came out again. He threatened anyone forcibly moving into his unit with bodily harm.

A Police Report was filed. We are in the process of obtaining it. The police refused to act, and de-escalated the situation by leaving and stating that we could not enter without Court authorization. (This is inconsistent with our bylaws as this was an ongoing hazard, and soon was confirmed by the consequences.)

Brookside Security is also providing us with a report. I will make these available to you, as well as photographic evidence, as soon as I have it.

I cannot underscore enough that Sgt. Lee is an absolute terror.

We have been unable to get help from any agency. I have personally been in contact with Animal Control, with PG County Police, with DPIE and with the Dept. of Health. It has, so far, been a futile endeavor and our unit owners are paying the consequences.

This lawsuit under the Fair Housing Act is a sham. We need to vigorously defend. And we need to file counterclaims. It seems no one is going to help us unless we push this forward ourselves.

More to come.


================================
**Robert F. Haddad, President**

1

**Brookside Park Condominium, Inc.**
**500 Wilson Bridge Drive**
**Oxon Hill, MD  20745**
**(301) 567-5000**
rhaddad@brooksidepark.org
================================