**Anthony D. Dwyer**

**From:** Robert Haddad <rhaddad@brooksidepark.org>
**Sent:** Wednesday, July 31, 2024 2:03 PM
**To:** Anthony D. Dwyer
**Cc:** Charles Gormly; Rammy Azoulay; Ben Colbert; LaTrenda Hicks
**Subject:** Fwd: Concerns

Update from another neighbor of Mr. Lee's.

==================================
**Robert F. Haddad, President**
**Brookside Park Condominium, Inc.**
**500 Wilson Bridge Drive**
**Oxon Hill, MD  20745**
**(301) 567-5000**
**rhaddad@brooksidepark.org**
==================================

---------- Forwarded message ---------
From: **Rammy Azoulay** <rammy@mymetropolis.net>
Date: Wed, Jul 31, 2024 at 11:15 AM
Subject: Fwd: Concerns
To: Robert Haddad <rhaddad@brooksidepark.org>

Good morning Robert,

I just received this email from this individual. When I look up this guy's name he comes up as the owner of B-1 but obviously felt strong enough to mention this to me.
Do you want me to contact him or maybe legal would like to use him as a witness.

Best regard,

Rammy Azoulay

---------- Forwarded message ---------
From: **Ricky Blanco** <rblanco6001@yahoo.com>
Date: Wed, Jul 31, 2024 at 10:46 AM
Subject: Concerns
To: rammy@mymetropolis.net <rammy@mymetropolis.net>

Good morning,

1



Have concerns with 564 Unit D2. I was there to do work. There seems to be at least 3 pitbulls in that unit. The odor coming out of that area is very foul. Are there rules within the association regarding upkeep. I see that I'm being told about keeping balcony in order so does it apply to outside/inside also? Are there rules against having that many Pitbulls in one apartment? They bark really loud and have concerns for safety for the people that live below. I've seen this individual walking dog with no leash. There is no way this person could control 3 dogs if they were to attack someone. Any updates on this matter would be greatly appreciated. If I need to reach out to anyone else please let me know.
Thanks
Ricky
5718305263

--

Sincerely,