

**METROPOLIS**
4307 Gallatin Street
Hyattsville, MD 20781

February 21, 2024

Charles Lamont Savoy
564 D-2 Wilson Bridge Dr.
Oxon Hill, Md. 20745

RE:   VIOLATION LETTER – NOT CLEANING UP AFTER PETS

### COMMUNITY GUIDELINES ISSUE REPORTED

It has been reported by the unit owners/tenants in your building to me that your tenant allows his multiple dogs to defecate/urinate in your unit which is then either gets swept to the common areas below or he does not pick up the dog feces. This violates our Condominium Declaration Article X, Section 2: (see attached highlighted areas).

We kindly request that you take IMMEDIATE ACTION or risk receiving a very heavy fine and/or will be reported to the proper authorities to rectify this situation. This can be done by ensuring that your tenant cleans up after his pets in your unit. The smell emanating from your unit is unbearable, noxious, unhealthy to humans and dogs, and is in violation of multiple state and county laws as well as the community Bylaws. It is essential that we maintain a pleasant living environment for all residents of Brookside Park Condo.

If you feel that you are receiving this letter in error or if you have any concerns or questions regarding this violation, please contact Metropolis directly at Rammy@mymetropolis.net. Metropolis serves as the liaison to the Board, and no communications should be sent directly to them. If you have an email address and telephone number, please provide that to us, as we often use emails to send time sensitive information to homeowners and like to have a phone number on file for emergencies. You can send an email to either of these addresses and we will update our records with your contact information.

We appreciate your cooperation in this matter and look forward to your prompt response. We are working hard on addressing the many issues in Brookside Park Condominium and thank you for your understanding and assistance in resolving this issue.

Should you have any questions or concerns, please do not hesitate to contact our office at (301) 567-5000 or via email at Rammy@mymetropolis.net. We appreciate your timely action in this matter.

Sincerely,
Rammy Azoulay
On-site community manager

Metro DC (301) 779-1800 • Baltimore (677) 401-3800 • Virginia (703) 348-1999 • Fax (301) 779-4824

EXHIBIT 8

lib01. 902

24

642 Section 2.  Prohibited Uses and Nuisances.

643      A.   No noxious or offensive trade or activity shall be carried on within
644 the project or within any condominium unit situated thereon, nor shall any be done
645 therein or thereon which may be or become an annoyance to the neighborhood of the other
646 owners.

647      B.   There shall be no obstruction of any Common Elements.  Nothing shall
648 be stored upon any Common Elements without the approval of the Board of Directions.
649 ~~Vehicular parking upon Common Elements shall be regulated by the Board of Directors.~~

650      C.   Nothing shall be done or maintained in any condominium unit or upon
651 any Common Elements which will increase the rate of insurance on any condominium unit
652 or Common Elements, or result in the cancellation thereof.  Nothing shall be done or
653 maintained in any condominium unit or upon Common Elements which would be in violation
654 of any law.  No waste shall be committed upon any Common Elements.

655      D.   No structural alteration, construction, addition or removal of any
656 condominium unit or Common Elements shall be commenced or conducted except in strict
657 accordance with the provisions of these By-Laws.

658      E.   The maintenance, keeping, boarding and/or raising of
659 animals, livestock or poultry of any kind, regardless of number shall be and is hereby
660 prohibited within any condominium unit or upon any Common Elements, except that this
661 shall not prohibit the keeping of dogs or cats and/or caged birds as domestic pets
662 provided they are not kept, or maintained for commercial purposes.  All domestic pets
663 shall be under the control of the owner at all times, shall not be allowed outside of
664 the units unleashed, and shall not become a nuisance to other residents, either because
665 of cleanliness, sanitation, or lack of control.  The owners are responsible for
666 complying with all existing Maryland and Prince George's County Laws, statutes and
667 regulations regulating the keeping of domestic pets.

668      F.   No signs of any character shall be erected, posted or displayed upon,
669 in, from or about any condominium unit or Common Elements, provided, however, that one
670 temporary real estate sign of customary and reasonable dimensions may be displayed