**METROPOLIS**
4307 Gallatin Street
Hyattsville, MD 20781

March 7th, 2024

Charles Lamont Savoy
564 Wilson Bridge Dr. #D2
Oxon Hill, Md. 20745

**RE: VIOLATION LETTER – PIT BULLS AND BEING RESPONSIBLE OWNERS**

**COMMUNITY GUIDELINES ISSUE REPORTED**

It has been reported to us that your tenant possess a Pit Bull breed/mix while residing in the Brookside Park Condo Community. Per the Community Rules and Regulations, that is not permitted to occur. It is also evident that they also allow their dog to defecate without picking up the refuse. This violates our Condominium Declaration Article X, Section 2 A, E (See attached).

In addition, possessing, breeding, selling or giving away Pit Bulls in PG County is against the law (see below)

Pit Bulls Effective February 3, 1997, in compliance with the Prince George's County Code, Section 3-185.01, it is illegal to own or harbor a non-registered Pit Bull in Prince George's County. To legally own a Pit Bull in the County, your pet must have been registered with the Animal Management Division prior to February 3, 1997 and maintain a current Pit Bull registration. The registration tag must be worn by the Pit Bull at all times. All Pit Bulls with expired registrations are considered illegal and will be impounded, and the owner may be fined or face criminal prosecution. If your registered Pit Bull produces a litter, the puppies are considered illegal and must leave Prince George's County. Citizens and residents are prohibited by law from selling or giving away Pit Bulls in Prince George's County. The Code also requires that Pit Bulls be maintained. The Code also requires that Pit Bulls be maintained within a building or secured kennel if kept outdoors for any length of time. In addition, the Code states that Pit Bulls outside of a building or kennel must be under the control of an adult and secured by an unbreakable leash. Violations to this provision will result in fines up to $1,000 or a sentence of not more than six months imprisonment. Pit Bulls include any and all of the following breed of dogs: Staffordshire bull terrier; American Staffordshire terrier; American Pit Bull Terrier; or dogs that exhibit the characteristics of a Pit Bull more than any other breed of dog.

We kindly request that you take immediate action to rectify this situation by ensuring that your tenant cease and desist the current behavior and complies with the bylaws. If such behavior does not get cured with the next 30 days you will be assessed up to $2000 per occurrence per the Community Rules and Regulations. It is essential that we maintain a pleasant living environment for all residents of Brookside Park Condo.

If you feel that you are receiving this letter in error or if you have any concerns or questions regarding this violation, please contact Metropolis directly at Rammy@mymetropolis.net and reference the RFA number below. Metropolis serves as the liaison to the Board, and no communications should be sent directly to them. If you have an email address and telephone number, please provide that to us, as we

---

Metro DC (301) 779-1800 • Baltimore (677) 401-3800 • Virginia (703) 348-1999 • Fax (301) 779-4824



EXHIBIT 9

often use emails to send time sensitive information to homeowners and like to have a phone number on file for emergencies. You can send an email to either of these addresses and we will update our records with your contact information.

We appreciate your cooperation in this matter and look forward to your prompt response. We are working hard on addressing the many issues in Brookside Park Condominium and thank you for your understanding and assistance in resolving this issue.

Should you have any questions or concerns, please do not hesitate to contact our office at (301) 567-5000 or via email at Rammy@mymetropolis.net. We appreciate your timely action in this matter.

Sincerely,
Rammy Azoulay
On-site community manager

## 11. PETS

Pets shall not be permitted upon the condominium common areas unless accompanied by a responsible adult owner of the animal using a "pooper scooper" to deposit animal feces into a plastic bag for disposal with the trash and garbage. Pets must be carried or on a leash at all times while on common areas. No more than <u>ONE (1)</u> cat and or <u>ONE (1)</u> dog may be maintained within a unit.

Any member who keeps or maintains any pet upon any portion of the condominium project shall be deemed to have indemnified and agreed to hold the Corporation, each of its members and the Managing Agent free and harmless from any loss, claim or liability of any kind or character whatsoever arising by reason of keeping or maintaining such pet within the condominium property.

The owners are responsible for complying with all existing Maryland and Prince George's County laws, statutes and regulations regarding the keeping of domestic pets. All pets shall be registered with the Association and shall otherwise be registered and inoculated as required by law.

No pet shall be chained or tied to a stake, tree, or other similar item. No pet shall be allowed on balconies unattended at any time.

No pit bull dogs are permitted on the property at any time. Any owner or tenant found to be keeping a pit bull dog in their unit or on the common property will be considered in violation of these rules and regulations and will be reported to the Prince George's County Police for enforcement and removal of the dog.

**Pets running loose:** Prince George's County Animal Control will be notified immediately, and requested to take the pet into custody.

### Other Offenses:

**1st Offense:** Warning letter from Property Manager.

**2nd and Subsequent Offenses** - Owner (and tenant, if applicable) shall be requested to appear before the Board of Directors. Fines shall be levied by the Board in accordance with this publication.

---

**URGENT - PLEASE READ**

The Board of Directors shall levy a fine for each occurrence of a violation of the Master Deed, By-Laws, or Rules and Regulations. Unless otherwise provided for in these Rules and Regulations, the amount of the fine shall be a maximum of $2,000.00 per violation, plus any costs incurred by the Association due to the breach of these rules and regulations. If the violation is continuing in nature, the fine may be imposed as a flat fee or may be established as a per diem fine of up to $100.00 per day until the owner cures the violation.

642 Section 2.   Prohibited Uses and Nuisances.

643         A.   No noxious or offensive trade or activity shall be carried on within
644 the project or within any condominium unit situated thereon, nor shall any be done
645 therein or thereon which may be or become an annoyance to the neighborhood of the other
646 owners.

647         B.   There shall be no obstruction of any Common Elements. Nothing shall
648 be stored upon any Common Elements without the approval of the Board of Directors.
649 Vehicular parking upon Common Elements shall be regulated by the Board of Directors.

650         C.   Nothing shall be done or maintained in any condominium unit or upon
651 any Common Elements which will increase the rate of insurance on any condominium unit
652 or Common Elements, or result in the cancellation thereof. Nothing shall be done or
653 maintained in any condominium unit or upon Common Elements which would be in violation
654 of any law. No waste shall be committed upon any Common Elements.

655         D.   No structural alteration, construction, addition or removal of any
656 condominium unit or Common Elements shall be commenced or conducted except in strict
657 accordance with the provisions of these By-Laws.

658         E.   The maintenance, keeping, boarding and/or raising of
659 animals, livestock or poultry of any kind, regardless of number shall be and is hereby
660 prohibited within any condominium unit or upon any Common Elements, except that this
661 shall not prohibit the keeping of dogs or cats and/or caged birds as domestic pets
662 provided they are not kept, or maintained for commercial purposes. All domestic pets
663 shall be under the control of the owner at all times, shall not be allowed outside of
664 the units unleashed, and shall not become a nuisance to other residents, either because
665 of cleanliness, sanitation, or lack of control. The owners are responsible for
666 complying with all existing Maryland and Prince George's County Laws, statutes and
667 regulations regulating the keeping of domestic pets,

668         F.   No signs of any character shall be erected, posted or displayed upon,
669 in, from or about any condominium unit or Common Elements, provided, however, that one
670 temporary real estate sign of customary and reasonable dimensions may be displayed