Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND


LESTER LEE,

    Plaintiff

vs.                              Case No. 8:24-CV-01205-TJS

BROOKSHIRE PARK CONDOMINIUM

INC, METROPOLIS (aka MCM, INC.)

RAMMY AZOULAY AND LAMONT SAVOY,


    Defendants


    *   *   *   *   *   *   *   *   *

DEPOSITION OF DAVID McLAURIN

FACT WITNESS

Tuesday, February 25, 2025




Reported by: Laurie Baker

*   *   *

Magna Legal Services

866-624-6221





```
                                                         Page 18
 1    without violation.
 2         Q    So after going into the living room and
 3    kitchen, what was the next room that you inspected
 4    as part of your investigation?
 5         A    Hallway, bathrooms, and then bedrooms.
 6         Q    What did you notice about the hallway?
 7         A    No smoke detector.
 8         Q    Did Mr. Lee tell you how that happened?
 9         A    No.
10         Q    How about the bathroom, what did you
11    observe while inspecting the bathroom?
12         A    It was vacant.  It was vacant.  The
13    bathroom was vacant.  The bedrooms were vacant.
14         Q    When you say vacant, do you mean there's
15    nothing in the rooms at all?
16         A    Yes.
17                        (McLaurin Deposition Exhibit No.
18                        2 was marked for
19                        identification.)
20    BY MR. CARKHUFF:
21         Q    Mr. McLaurin, this is Defense Exhibit 2.
```



```
                                              Page 23
 1          Richard, I'll send you -- I'll also
 2     produce copies of what Mr. McLaurin has given
 3     me after the deposition.  Okay?
 4          MR. ROSENTHAL:  That's fine.
 5   BY MR. CARKHUFF:
 6       Q   Did it appear that anyone was also
 7   residing in the apartment unit that you inspected?
 8       A   No.
 9       Q   And what led you to believe that?
10       A   There were no beds, no clothes, no food,
11   bathroom-no hygiene products, miscellaneous.
12       Q   Fair to say, based off of your own
13   observations, it only looked like there were three
14   dogs living in the apartment?
15       A   By my observation, there were three dogs
16   and a gentleman in the apartment, Mr. Lee.
17       Q   Approximately how long -- approximately
18   how long did the inspection last for?
19       A   Roughly 15 minutes, give or take.
20       Q   And is that typical?  Is that a typical
21   amount of time an inspection usually lasts, or can
```

