Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

---------------------------x

LESTER LEE,                    *

        PLAINTIFF,             *

V.                            *   Case No.

BROOKSIDE PARK CONDOMINIUM,*   8:24-CV-01205-TJS
INC., METROPOLIS (aka MCM,
INC.), RAMMY AZOULAY           *
AND LAMONT SAVOY,

                              *

        DEFENDANTS.

---------------------------x


DEPOSITION OF LESTER A. LEE, JR.

APPEARING REMOTELY FROM

OXEN HILL, MARYLAND


February 28, 2025

12:00 p.m.


REPORTED BY:

Dawn L. Halcisak, CLR

APPEARING REMOTELY FROM CRISFIELD, MARYLAND





EXHIBIT
14

Page 11

```
 1      A.    Yes, sir.

 2      Q.    Were you living at the union where

 3   -- that we're involved with today?

 4      A.    No, sir.

 5      Q.    It's not -- not the unit involved in

 6   this case?

 7      A.    No, sir.

 8      Q.    Okay.  And what happened when you

 9   were -- you were electrocuted?

10      A.    I was walking my dog barefoot, it

11   had just rained.  And the prior -- days

12   prior, I noticed that my dogs would jump over

13   a patch of concrete coming out of -- out of

14   the -- up the steps.  I just thought maybe it

15   was some -- something -- urine or something

16   from another animal -- from a fox or

17   something.  They were just jumping over it.

18           So the day I was barefoot, had a

19   metal -- had -- had a metal chain and stepped

20   on the packs.  And when they went -- when my

21   dog went to urinate, as soon as his urine hit
```



Page 12

```
1    the ground, they completed the ground and my

2    hair was raised up on my head.  My heart

3    started beating.  And if it wasn't my foot --

4    my dog pulling me off, I -- I wouldn't be

5    here right now.

6        Q.   When did that happen?  What year?

7        A.   Do you mind if I look on my phone

8    and get that information?

9        Q.   Not at all.

10       A.   Okay.  Jud Lipowitz was the

11   attorney.

12       Q.   What was it again?  I can't hear

13   you.

14       A.   Jud Lipowitz of Azrael, Franz --

15   Stewart Rogel was here.  Stewart was here.

16       Q.   Okay.  And what unit were you living

17   in at that time?

18       A.   584.

19       Q.   So that's -- is that the one that's

20   owned by Mr. Savoy?

21       A.   No, sir.
```



Page 31

1    mine, I guess, introduced me to Mr. Savoy.

2        Q.    When -- do you remember when that

3    was?

4        A.    Yeah.  That was 2019.

5        Q.    2019.

6              Okay.  So you were introduced to

7    Mr. Savoy and you moved into Brookside in

8    2019.  And what unit was that?

9        A.    That was 564.

10       Q.    564?

11       A.    Yes.

12       Q.    And that's the one we're here for in

13   this case, right?

14       A.    Yeah.

15       Q.    Okay.  And when you moved into 564,

16   when you -- when you -- when you -- I guess

17   you signed a lease, is that what you did?

18       A.    Yes.

19       Q.    Did you actually physically move in

20   there and live in that unit?

21       A.    Yes.



Page 32

1     Q.    Okay.  And how long did you live in

2   that unit?

3     A.    Six years.  Until -- up until what,

4   2000 -- what was it?  Last year, until 2024.

5     Q.    Until 2024.

6           Okay.  Now, there came a point in

7   time when you left that unit, right?

8           Can you hear me?

9     A.    Yeah, I -- yes I can.

10    Q.    When did you leave that unit?

11    A.    I would like to say about

12  three weeks after the unit was condemned.

13    Q.    Okay.  And when you left that unit,

14  where did you go?

15    A.    Homeless.  I was homeless.

16    Q.    For how long?

17    A.    I was homeless for about -- about

18  four days.  So I was able to get into a

19  hotel.

20    Q.    And how long did you live in a

21  hotel?


MAGNA
LEGAL SERVICES

Page 35

1    about, you know, your history with -- with

2    dogs.  So -- so I guess, you know, you've

3    testified you first came into Brookside --

4    what year was that you were saying?

5        A.    '17 -- 2017.

6        Q.    2017.

7        A.    That's right.

8        Q.    When you first moved into Brookside

9    in 2017, did you have any dogs?

10       A.    Yes, sir.

11       Q.    What kind of dogs?

12       A.    Service dogs.

13       Q.    How many service dogs did you have

14   at that time?

15       A.    Two service dogs.  Two.  Both of

16   them were registered with Prince George's

17   County.

18       Q.    What were the names of those dogs?

19       A.    Cashmere and Mama.

20       Q.    Cashmere and Mama?

21       A.    Yes.



Page 36

1      Q.    When you -- when you moved into that

2    unit -- and I'm trying to think of the number

3    of that unit.

4      A.    584.

5      Q.    That first unit, 584, did you

6    register those dogs with Brookside?

7      A.    I did not have to.

8      Q.    So the answer would be, no, you

9    didn't register them?

10      A.    No.  But the -- the landlord was --

11    well, I was paying the pet -- pet fee -- pet

12    -- well, no -- yeah.  Yeah, he was aware.

13      Q.    What do you mean, you were paying a

14    pet fee to the landlord?  Is that what you're

15    saying?

16      A.    I don't recall.  I was thinking --

17    but I do know he -- he knew I had pets.  He

18    knew I had dogs.

19      Q.    And during that time you lived in

20    that unit, were those the only dogs that you

21    had?



Page 37

1      A.    Yes.

2      Q.    And what was the breed of those two

3   dogs?

4      A.    One was a Staffordshire terrier, the

5   other one was an American Pit Bull.

6      Q.    American Pit Bull?

7      A.    Yes.

8      Q.    What's the difference between a

9   Staffordshire terrier and a pitbull?

10     A.    They're in the same terrier family.

11     Q.    Okay.  When had you gotten those two

12  dogs?

13     A.    I had those dogs, I want to say at

14  least four years prior -- five -- five years

15  -- but one -- one -- one I had five years

16  prior.  So that would be, what, 2012?  The

17  other one I got in, like, 2014.

18     Q.    Okay.  And at the time that you

19  lived in that first unit at Brookside, were

20  those the only two dogs that you had?

21     A.    I think you -- yes.  Yes.  Those



Page 38

1    were the only two dogs.  That -- that is the

2    same question, correct, that you just asked

3    me.  But I -- I don't know if I -- I heard it

4    differently, so.

5        Q.   I'm just trying to see, you know,

6    you said you moved in with two service dogs?

7        A.   Yes.

8        Q.   But my question is:  Did you own any

9    other dogs when you lived with them?

10       A.   No.  No, I did not.

11       Q.   Okay.  Now, those two dogs that

12   you're saying are service dogs, you know, is

13   one of them -- are they both service dogs, or

14   is one of them an emotional support dog, or

15   what?

16            Because I think your complaint says

17   they're both --

18       A.   They're both service dogs.

19       Q.   So they're not emotional support

20   dogs then?

21       A.   No.



Page 40

```
 1      A.    When I moved in?

 2      Q.    Yeah.

 3      A.    Yes.

 4      Q.    How about during the entire time you

 5   lived there, did you ever own any other dogs

 6   and have them in that unit that Mr. Savoy

 7   owns?

 8      A.    Yes.

 9      Q.    Can you -- can you, sort of, walk me

10   through what dogs you had in there?

11      A.    I really can't, offhand, remember.

12   Because some -- some of the dogs were -- I

13   was dog sitting and other ones were rescues

14   that I turned over to animal shelter.

15      Q.    When you moved in with Mr. -- In

16   Mr. Savoy's unit, I did -- I take it you

17   signed a lease; is that correct?

18      A.    Yes, sir.

19      Q.    And, at that time, did you register

20   your dogs with Brookside?

21      A.    I was not aware that I had to.
```



MAGNA ›
LEGAL SERVICES

Page 41

1    Nobody had ever told me.  No.  And -- but I

2    did, like I said, know that Mr. Savoy -- I

3    did put it in the lease, that, you know, I do

4    have two service animals.  And although I

5    told him I wasn't supposed to have to pay a

6    pet deposit, he insisted.  And he said he

7    would not do it unless I paid the pet

8    deposit.  So what was I to do?

9        Q.   Well, I just want to make sure I get

10   an answer.

11           So you did not register the dogs

12   with Brookside; is that correct?

13       A.   That is correct.

14       Q.   Okay.  So -- so when you moved into

15   Mr. Savoy's unit, how did things go during --

16   when you lived there?

17           MR. ROSENTHAL:  Objection as to

18   form.

19   BY MR. DWYER:

20       Q.   Can you sort of take me through your

21   -- your tenancy there?



Page 43

```
 1      A.    Yes, I was.

 2      Q.    Pardon.

 3      A.    Yes, I was.

 4      Q.    Where were you sleeping?

 5      A.    I was Sleeping on the mattress --

 6    the mattress on the floor.  And a pulled-out

 7    couch.

 8      Q.    Did you have any other place where

 9    you were living, at that time when the health

10    inspector came?

11      A.    No, sir.

12      Q.    Can you give me the names of some of

13    the other dogs that you had -- that you lived

14    -- that lived in your unit when you -- when

15    you lived in Mr. Savoy's unit?

16      A.    I can't recall their names.

17      Q.    Well, how many other dogs would you

18    say you had during the time you lived in

19    Mr. Savoy's unit?

20      A.    You would have to ask me that

21    question again.  That I had owned or -- or
```



Page 44

1    rescued?  Because rescues, I told -- I -- I

2    don't know.

3         Q.    Either.  Either owned or rescued.

4         A.    I don't remember.

5         Q.    Well, can you give me an estimate?

6    Was it more than five dogs or less than five

7    dogs?

8         A.    I -- I couldn't even give you a fair

9    estimate.

10        Q.    I mean, you're the one that's living

11   your life.  I can't -- I can't put the -- I

12   can't answer that for you.

13            MR. ROSENTHAL:  Objection,

14   argumentative of counsel.

15            MR. DWYER:  I'm not trying to argue,

16   I'm trying to help -- be helpful.  How can

17   you say that?

18            Let's see if I can approach it

19   another way.

20   BY MR. DWYER:

21        Q.    Did there -- did there come a point



Page 45

1    in time, when you lived in Mr. Savoy's unit,

2    when -- when your dog got -- got -- injured

3    another dog or something to that effect?  Do

4    you remember that?

5        A.    It wasn't my dog.  But, yes, I do

6    remember that incident.

7        Q.    What -- what happened?

8        A.    What happened?

9        Q.    Yeah.

10       A.    I'm trying to figure out the best

11   way to -- basically, the dog would be in the

12   window just watching people walk by.  And my

13   neighbor would walk her dog every day and

14   would wave at the dog.  She would stand there

15   for 10, 15 minutes waving at the dog.  This

16   went on for about a month.

17       Q.    What's her name?

18       A.    Hope.

19       Q.    So what happened?

20       A.    So I was locking him up.  I was

21   coming out to walk -- walk the dog.  And the



Page 46

1    dog got off the leash.  And by -- by -- by --

2    the dog sinking that she was his friend

3    because she -- he always saw her and waved at

4    her and, you know, he even wagged his tail.

5    He thought she was friendly.

6            When she saw the dog approaching her

7    -- the dog wasn't barking, wasn't aggressive

8    -- when she saw the dog approaching her, she

9    threw her dog in the air at -- at the dog.

10   Threw her purse, threw her cell phone, and

11   started running, and started hollering.

12           At that point, the dog that was in

13   my possession panicked.  He didn't know what

14   was going on.  All he saw was a dog running

15   at him.  He neutralized the dog.  He did not

16   try to kill the dog.  He did not -- all he

17   did was put his paws on the dog and held the

18   dog down.  At that point, I was there.  I

19   told him to stop, let the dog go.  The dog

20   ran back into the house.

21       Q.   Was the other dog injured?



Page 47

1     A.    At that time, the dog was still

2     breathing, was running, there was no blood.

3     My dog -- my -- the dog in my possession had

4     not -- did not bite him.  But later on that

5     evening, I inquired about the dog, and she

6     told me the dog had passed.

7     Q.    Was -- was the dog that you're

8     saying your dog, was that Mama -- Mama or

9     Cashmere?

10    A.    No.

11    Q.    No?

12    A.    No.

13    Q.    Who -- what was the name of that

14    dog?

15    A.    I don't remember.

16    Q.    I mean, how did that dog happen to

17    be living with you -- with -- do you

18    remember?

19    A.    Okay.  Well, yes.  A friend of mine,

20    they had moved to an apartment building where

21    they did not -- they could not have pets.  So



Page 48

1    they wanted me to hold the dog until they

2    could find a suitable home.

3        Q.    So how long did you have that dog?

4        A.    Maybe two months.

5        Q.    Did you -- did you -- so when you

6    had that dog, did you have three dogs then?

7    Is that what it was?

8        A.    I had Mama, I had Cashmere, I had

9    that dog.

10       Q.    Did you ever have more than three

11   dogs when you were living in Mr. Savoy's

12   unit?

13       A.    Not that I recall.

14       Q.    When -- when the health inspector

15   came and inspected Mr. Savoy's unit, is it

16   correct that there were three dogs in -- in

17   the unit at that time?

18       A.    When -- you said when -- when

19   Mr. Savoy came?

20       Q.    No, when the --

21       A.    The health inspector came --



Page 49

```
 1      Q.   McLaurin the -- the -- the guy

 2   that -- that came and inspected your house on

 3   behalf of -- the unit -- on behalf of the

 4   county.  He took a picture, I'll show you

 5   later, but there were three dogs in cages.

 6      A.   Okay.

 7      Q.   What, what dogs were those?

 8      A.   Those were, yeah, Mama and two other

 9   dogs.

10      Q.   So when Cashmere died, you got

11   another, another pit -- another pit bull?

12      A.   No.

13      Q.   What happened?  How did you come up

14   with that?

15      A.   I didn't do that.  I only -- I only

16   have one pitbull I would say.  The other dogs

17   are American Bulldogs, not pit bulls.

18   They're not even in the terrier family.

19      Q.   So is that what you have now, is

20   three dogs, Mama and two --

21      A.   I'm not -- I'm not sure.  What I
```



Page 54

1    BY MR. DWYER:

2        Q.    Mr. Lee, you -- holding that dog,

3    you -- you probably knew I was going to ask

4    you who that dog is, didn't you?

5        A.    I'm sorry.

6        Q.    What's that dog's name?

7        A.    This is Mama --

8        Q.    Okay.

9        A.    -- Mama -- Mama can sense that

10   something's wrong.  And, you know, when --

11   when I -- anxiety comes and -- and -- it's --

12   it's okay.  Let's -- let's go.

13       Q.    Well, I'm not trying to -- I'm not

14   trying to make you anxious, but -- but you

15   understand it's my job to ask these

16   questions.  So I'm going to ask them.  If you

17   -- if you need a break or, you know --

18       A.    I -- I do understand.

19       Q.    Okay.  All right.

20       A.    Let's move forward.

21       Q.    Okay.  So -- so when you first, when



Page 55

1    -- when you first moved into Brookside, you

2    already owned Mama and Cashmere, right?

3        A.    Yes.

4        Q.    Had they -- had they been designated

5    as service animals before that time?

6        A.    Yes.

7        Q.    When were they first designated as

8    service animals?

9        A.    I have the paperwork, I'm just

10    trying to see the date on it.  I know the --

11        Q.    Maybe it'll help, like, where were

12    you living, at that point, when they were --

13    when you first had them as a service animal?

14        A.    They were first registered as

15    service animals in 2018 and in Prince

16    George's -- they were registered in Prince

17    George's County in 2018.

18        Q.    And what was it that -- that Mama

19    was -- what was the service that Mama was

20    doing?

21            Is -- is that the way it works?



Page 56

```
 1      A.    That --

 2      Q.    What -- what would she do?

 3      A.    Mama was able to sense the onset of

 4   seizures and could revive me, and also was

 5   trained -- if I had a -- a home -- home phone

 6   there, there's a system where it's like a pad

 7   and they hit the shapes and color -- the

 8   shapes and pattern down to place 911.

 9   Also --

10      Q.    She could call 911?

11      A.    Yeah.  And she -- she also can

12   revive me.  I was cooking one time, I had a

13   seizure.  The next thing I know, I wake up on

14   the floor, she's on top of my chest.  Like,

15   wow.  So -- Cashmere dealt with the anxiety.

16   And also, Cashmere could sense when my sugar

17   -- either my -- if my blood sugar level

18   dropped or if also I was on -- what is it?  I

19   forgot the medication.  The medication I was

20   on, if I were not -- if it dropped too low in

21   my system, she could tell, and would
```



Page 67

1   Association was aware of that, but they let

2   it ride anyway just because they wanted --

3   that's -- that's how badly they wanted me out

4   of there, that they were willing to allow him

5   to break the law just to get me out of there.

6           So they were complacent with him

7   breaking the law.  So they -- because I

8   finally saw some paperwork stating that, you

9   know, people were fining him for not having

10  his rental license, as well.  I said, well --

11  so they knew.

12      Q.   Okay.  Let -- let me back up a

13  little bit.  So -- so you -- you had some

14  other dogs in the unit with Mr. Savoy that

15  you've talked about.

16      A.   Uh-huh.

17      Q.   Were any of these other dogs service

18  animals?

19      A.   No.  No.  Only two of them.

20      Q.   Okay.  And you described one

21  incident where a dog that was living at your



Page 68

```
 1    place ultimately, I guess, killed another

 2    dog, right?

 3        A.    Well, no.  No.  I -- I -- I wouldn't

 4    say -- the -- the dog had a heart attack.

 5    The dog died.  The dog did not kill another

 6    dog.  The dog died.  Now, to finish what

 7    happened with that dog, I surrendered that

 8    dog to animal control.  What happened to her

 9    dog?  My condo associate -- my condo

10    insurance gave her $2,500 for that dog.

11        Q.    Have -- have any of the dogs that

12    you lived with at Brookside ever had any

13    incidents where they've bitten anybody?

14        A.    Bitten anyone?

15        Q.    People, right.

16        A.    No.

17        Q.    Or how about lunged at anyone or

18    anything like that?

19        A.    Never.  Never.

20        Q.    Have any of your neighbors

21    complained to you about the dogs that you've
```



Page 69

1    had at Brookside?

2        A.    Yeah.    They -- they complained

3    about, they're scared.    They just said

4    they're scared of dogs.    They're scared of

5    those dogs.

6        Q.    Have any of the neighbors complained

7    about urine or feces around because of your

8    dogs?

9        A.    To me, directly?    They, yeah, they,

10    they tried to say that there was urine and

11    feces running down to their unit and it was

12    causing their deck tree road.    And I found

13    out that neither of which was true, there was

14    a sewage issue that they had.    They had a

15    contractor that had to come in and fix the

16    foundation and the sewage in the laundry

17    room.    Only reason I found out, I'm walking

18    by, I'm like, "Did you finish yet?"

19            He said, "Yeah, it should -- it

20    should smell a whole lot better down there."

21            I said, "What do you mean?"



Page 97

```
1       A.    Okay.

2       Q.    Did -- did one of your dogs attack

3   you?

4       A.    No.  No, it didn't attack me.

5       Q.    What happened?  Did you get -- you

6   got hurt by one of the dogs?

7       A.    I was bit.

8       Q.    By which dog?

9       A.    The one I know of -- Cashmere --

10  Cashmere bit me.

11      Q.    Did -- did -- is that something that

12  Brookside was aware of?

13      A.    Not that I know of.

14      Q.    Did you have to go to the doctor?

15      A.    Yeah.  Yeah.  Yep.

16      Q.    Did you get stitches?

17      A.    Yep.

18      Q.    How many?

19      A.    I don't recall.  I -- I -- I -- I --

20  I got out of bed and stepped on her in the

21  dark.
```



Page 98

1    Q.    And when was that?

2    A.    Probably about five or six -- six --

3    no, no, no.  This was in 2017, 2018.  It was

4    in the other -- it was in the other -- it was

5    in 584.

6    Q.    You -- you indicated that one of the

7    dogs can detect blood -- low blood sugar

8    levels; which dog can do that?

9    A.    I misspoke on that because I -- I

10   don't actually suffer from -- I misspoke.

11   Q.    I think you said that one of the

12   dogs can detect changes in your blood

13   pressure.

14   A.    Oh, yeah.  Yeah.  Yeah.  Yeah.

15   Q.    Which dog can --

16   A.    That -- that was -- that was

17   Cashmere.

18   Q.    How can Cashmere detect changes in

19   blood pressure?

20   A.    The heart rate, and she can hear,

21   you know, when she put her -- she could tell



Page 99

1    the -- the heart rate was up.

2        Q.    And what makes you say that that's

3    something that she was able to do?

4            What -- how -- what's your basis for

5    saying she could -- detect changes in your

6    heart rate?

7        A.    Well, anytime I was sick and my --

8    my blood pressure was up -- well, I didn't

9    know it was up until she started doing

10   certain things, and then I would check my

11   pressure.  I was like, 'okay.'

12       Q.    What did she do that made -- that

13   made you -- that made you indicate your blood

14   pressure was -- was high?

15       A.    She would put her chest against

16   mine, and her heartbeat would sync to my

17   heartbeat.  And it -- it slows -- it calms --

18   it slows it down.  Right.  But I'm not the

19   doctor.  But I do know -- I do know that -- I

20   do know that much.

21       Q.    I think you also said that one time



Page 100

1   you fell down and the -- and the dog jumped

2   up on your chest.

3       A.   No, I -- I didn't fall, I -- I

4   passed out.

5       Q.   And which dog jumped on your chest?

6       A.   Mama.

7       Q.   And what did she do?

8       A.   Basically, she revived me.  She, you

9   know, started pressing on my chest and -- and

10  licking me on the face.

11      Q.   What do you mean she was pressing on

12  your chest?

13      A.   Like with two paws, just jumping.

14  "Wake -- wake up.  Wake up."

15           Are we going somewhere with this?

16      Q.   What's the matter?

17      A.   This is the best way to -- see,

18  she's concerned now and she's about to come.

19      Q.   What's the matter?  You need a

20  break?

21      A.   No.  I -- I -- I -- I -- I -- I need

