

# Richard B. Rosenthal, Esq

April 4, 2025

Judge Adam B Abelson

Re:  Lee v. Brookside Park Condominiums, Inc. et al. Case no. 8:24-cv-01205
    *Request for adjournment of Motions: (1) Doc 46 – Motion for Summary Judgment;
    and(2)  Doc 44 – Motion to Compel*

Your Honor:

I am an attorney who is not admitted in this District but am writing as a courtesy to Richard Rosenthal, the attorney for the Plaintiff herein.  There are 2 motions for which opposition is scheduled to be filed in this matter, that I am requesting, on his behalf, an adjournment of 45 days due to Mr. Rosenthal's infirmity.  The two motion are: (1) Doc 46 – Motion for Summary Judgment; and(2)  Doc 44 – Motion to Compel

Beginning in mid-March 2025 Mr. Rosenthal has been ill with a severe case of stomach flu and unable to work.  As a result of this condition his cardiac issues were exacerbated, and his doctor has presently scheduled him for a cardiac surgical procedure on April 19, 2025.

Due to the foregoing Mr. Rosenthal has been unable to complete his opposition to the two motions for which opposition is due today on the Motion for Summary Judgment, and the time has passed on the due date for the Motion to Compel.

On Attorney Rosenthal's behalf, I have emailed opposing counsel requesting a consent to adjournment of 45 days but have not received a response from counsel.

Accordingly, I must respectfully ask Your Honor, on Attorney Rosenthal's behalf, to grant the adjournment of the two motions for a period of 45 days or such other time as the Court deems reasonable to permit Mr. Rosenthal to recover from his illness and surgery and respond to the motions.

Respectfully submitted;

/s/ Michela Huth
(Ohio Bar #0091353)