# Anthony D. Dwyer

**From:** Richard Bruce Rosenthal, Esq. <richard@thedoglawyer.com>
**Sent:** Monday, February 24, 2025 1:44 PM
**To:** Anthony D. Dwyer
**Cc:** 'michela huth'
**Subject:** Re: Lee

Sorry for the miscommunication, how is friday at 10:30

On 2025-02-24 12:35, Anthony D. Dwyer wrote:
> I only said I would reschedule your client if you gave me a date
> certain later this week either Wednesday or Thursday. You have not
> done so, so I am going forward with it. I have no objection if it is
> by zoom.   Anthony Dwyer cell 5714223875.
>
> From: michela huth <michelahuth.esq@gmail.com>
> Sent: Monday, February 24, 2025 11:15 AM
> To: Anthony D. Dwyer <dwyer@ewva.com>
> Cc: Dog Lawyer <richard@thedoglawyer.com>
> Subject: Lee
>
> Thank you for your quick response.
>
> Please send Mr. Rosenthal information for him to attend the
> investigators deposition by phone.
>
> As soon as you can email the discovery word document, we will go over
> Mr Lees responses with him.
>
> Mr. Rosenthal will reschedule Mr. Lee's deposition with you on the
> phone tomorrow.

--
Richard Bruce Rosenthal, Esq.
The Dog Lawyer
Admitted: NYS, SCOTUS, USCA-3, USCA-4, USCA-6, USDC - NYED, NYSD, NYND, ILCD, ILND (General & Trial Bars) OHND, WIWD, COD, INSD, INND, CTD, MIWD, MDD, TXSD General Counsel - The Lexus Project
545 E. Jericho Turnpike - # 12
Huntington Station, NY 11746
(631) 629-8111 office
(516) 319-0816 cell
(631) 961-8789 fax

Never be afraid to do what's right, especially if the well-being of a person or animal is at stake. Society's punishments are small compared to the wounds we inflict on our soul when we look the other way.

Martin Luther King, Jr.

1

In any moment of decision, the best thing you can do is the right thing, the next best thing is the wrong thing, and the worst thing you can do is nothing.

Theodore Roosevelt

The greatness of a nation and it's moral progress can be judged by the way it's animals are treated.

Mahatma Gandhi

Be ashamed to die until you have won some victory for humanity.

Horace Mann

All that is necessary for the triumph of evil is that good men do nothing.

Edmund Burke

Never doubt that a small group of thoughtful, committed citizens can change the world. Indeed, it's the only thing that ever has.

Margaret Mead

Love and compassion are necessities, not luxuries. Without them, humanity cannot survive.

Dalai Lama.


The information contained in this email message is information protected by attorney-client and/or the attorney - work product privilege.  It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email.
If the person actually receiving this email or any other reader of the email is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone.