UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LESTER LEE,<br><br>    PLAINTIFF<br><br>v.<br><br>BROOKSIDE PARK CONDOMINIUM, INC., METROPOLIS (aka MCM, INC.), RAMMY AZOULAY AND LAMONT SAVOY<br><br>    DEFENDANTS | Case No. 8:24-cv-01205-TJS |

**ORDER**

Upon consideration of the Plaintiffs Motion for an extension of time to respond to the motion to compel and motion for summary judgment, the opposition thereto, and being otherwise duly advised in the premises, it is this _____ day of _____, 2025;

ORDERED that Plaintiff's Motion is hereby denied.

_____
Judge, U.S. District Court

cc: All COR