# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

LESTER LEE,

    *Plaintiff*,

v.

BROOKSIDE PARK CONDOMINIUMS, INC., *et al.*,

    *Defendants*

Case No. 24-cv-1205-ABA

## ORDER

Defendants filed a motion to compel on February 20, 2025. ECF No. 44. The motion to compel asks this Court to order that Plaintiff answer interrogatories and document requests that were sent to Plaintiff back in August of 2024. *Id*. at 1. Plaintiff did not file a response. Defendants later filed a motion for summary judgment on March 14, 2025. ECF No. 46. Plaintiff's response to the motion for summary judgment was due on March 28, 2025, and Plaintiff did not file a response. On April 4, 2025, an attorney who has not filed a notice of appearance or appeared *pro hac vice* in this proceeding filed a notice requesting the court to grant "an adjournment of 45 days" due to Plaintiff's counsel's health. ECF No. 47. Defendants oppose Plaintiff's extension request. ECF No. 48. Having considered the above motions and filings, the Court hereby ORDERS as follows:

1. The motion to compel (ECF No. 44) is GRANTED, and Plaintiff shall answer Defendants' interrogatories and document requests by May 11, 2025; and

2. Plaintiff's request for an extension to respond to the motion for summary judgment (ECF No. 47) is GRANTED. Plaintiff shall file a response to the motion for summary judgment by May 26, 2025.

Date:  April 11, 2025

                                            */s/*
                                    Adam B. Abelson
                                    United States District Judge