**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**LESTER LEE,**

    PLAINTIFF

v.                                                                          Civil Action No. 8:24-cv-01205-TJS

**BROOKSIDE PARK CONDOMINIUM, INC.,**
**METROPOLIS (aka MCM, INC.),**
**RAMMY AZOULAY, and**
**LAMONT SAVOY,**

    DEFENDANTS

**MOTION TO PROCEED PRO SE, FOR EXTENSION OF TIME, AND NOTICE OF CHANGE OF CONTACT INFORMATION**

TO THE HONORABLE COURT:

COMES NOW, Plaintiff Lester Lee, and respectfully submits this Motion to Proceed Pro Se, for an Extension of Time, and Notice of Change of Contact Information in the above-captioned matter. In support thereof, Plaintiff states as follows:

1. Plaintiff's former attorney is unable to continue representation due to unforeseen health issues.

2. Plaintiff intends to proceed pro se in this matter and has filed this motion accordingly.

3. Plaintiff respectfully requests a 72-hour extension of time to submit responses to the Defendants' Interrogatories and Requests for Production, which are nearly complete but require final formatting and verification.

4. This request is made in good faith and not for purposes of delay. Granting this extension will not prejudice any party.

5. Plaintiff hereby notifies the Court and all parties of a change in contact information. The correct mailing address and email address for service and correspondence are as follows:

535 Wilson Bridge Drive, B1
Oxon Hill, Maryland 20745
Email: llee.documents@gmail.com

6. Plaintiff respectfully requests that, as a self-represented litigant, the Court grant reasonable latitude in the application of procedural rules and filings, consistent with the discretion allowed under federal law. Plaintiff further reserves the right to retain legal counsel at any time during the course of these proceedings.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion, allow him to proceed pro se, extend the discovery response deadline by 72 hours, and recognize the updated contact information for all future communications.

Respectfully submitted,

s/Lester Aubrey Lee, Jr.
Lester Aubrey Lee, Jr.
535 Wilson Bridge Drive, B1
Oxon Hill, Maryland 20745
240-553-4720
llee.documents@gmail.com
Plaintiff, Pro Se

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2025, a copy of the foregoing Motion to Proceed Pro Se, for Extension of Time, and Notice of Change of Contact Information was served via first-class mail and/or electronic mail to all counsel of record.

s/Lester Aubrey Lee, Jr.
Plaintiff, Pro Se