UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| LESTER LEE<br><br>　　　Plaintiff,<br><br>vs.<br><br>BROOKSIDE PARK CONDOMINIUM, INC. et al.<br><br>　　　Defendants. | Case No. 8:24-cv-01205<br><br>Judge Adam B Abelson<br><br>**PLAINTIFF'S COUNSEL'S RESPONSE TO PLAINTIFF LESTER LEE'S MOTION TO PROCEED PRO SE** |

　　　Undersigned counsel herein responds to Plaintiff Lester Lee's Motion to proceed *pro se*, (ECF #50).

　　　While Counsel has been having some health issues recently, which have caused some unintended delay and which have been previously disclosed to the Court, his recent cardiac procedure went well and he expects to be fully recovered in the near future.

　　　Undersigned counsel acknowledges that a client can terminate the attorney client relationship at any time and for any or no reason.

　　　Subject to the Order of this Court, Counsel both consents to and will cooperate fully in effectuating Mr. Lee taking over the prosecution of his own case.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Richard Rosenthal
　　　　　　　　　　　　　　　　　　　　RICHARD BRUCE ROSENTHAL
　　　　　　　　　　　　　　　　　　　　545 E. Jericho Turnpike
　　　　　　　　　　　　　　　　　　　　Huntington Station, NY 11746
　　　　　　　　　　　　　　　　　　　　(631) 629-8111 (telephone)
　　　　　　　　　　　　　　　　　　　　richard@thedoglawyer.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of May 2025, copies of the foregoing Response was served upon Defendants' Counsels by operation of the Federal Court's ECF system and by email to Plaintiff Lester Lee.

/s/ Richard Rosenthal
RICHARD BRUCE ROSENTHAL