**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **LESTER LEE,**<br><br>      **PLAINTIFF**<br><br>v.<br><br>**BROOKSIDE PARK CONDOMINIUM, INC., METROPOLIS (aka MCM, INC.), RAMMY AZOULAY AND LAMONT SAVOY**<br><br>      **DEFENDANTS** | **Case No. 8:24-cv-01205-ABA** |

## ORDER

Upon consideration of Defendant's Motion to Dismiss and any Opposition thereto, it is this _____ day of _____, 2025; hereby

ORDERED that the case is hereby DISMISSED WITH PREJUDICE.

_____
Adam B. Abelson
District Judge

cc:   All counsel and parties on record