IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LESTER LEE,

    *Plaintiff*,

v.

BROOKSIDE PARK CONDOMINIUMS, INC., *et al.*,

    *Defendants*

Case No. 24-cv-1205-ABA

**ORDER**

On May 22, 2025, Plaintiff Lester Lee filed a motion to proceed *pro se* and a motion for an extension of time to respond to Defendants' discovery requests. ECF No. 50. Plaintiff's counsel filed a response thereafter consenting to Mr. Lee's motion to proceed *pro se*. ECF No. 51. On May 27, 2025, Plaintiff filed a motion for an extension of time to respond to the Defendants' motion for summary judgment (ECF No. 46). ECF No. 52. Defendants have not filed oppositions to these motions. It is hereby ORDERED as follows:

1. Plaintiff's motion to proceed *pro se* (ECF No. 50) is GRANTED;

2. The appearance of Richard Bruce Rosenthal is hereby WITHDRAWN from this case;

3. Plaintiff's motions for extensions (ECF Nos. 50, 52) are GRANTED;

4. Plaintiff shall answer Defendants' interrogatories and document requests by June 18, 2025; and

5. Plaintiff shall file a response to the motion for summary judgment by June 18, 2025.

Date:  June 5, 2025

/s/
_____
Adam B. Abelson
United States District Judge