# TRO Exhibit 2: Dog Incident Payment Statement

3:59

✕                                ☆

# 1
Total transactions

**$0.00**                             **$100.00**

Total received                       Total sent

  **Frank Warner**      ✦ $100
Payment sent
Apr 25

## What you can do

⊘   **Block**                                       ＞

⚠   **Report**                                   ＞

[ **Request** ]        [ **Pay** ]

3:53

  

Frank and

> Sorry, I'm just getting that to you. Been tied up a good family friend is Johns Hopkins with stage four cancer. I hope Batman is feeling better today. Keep me posted please

Tue, Apr 15 at 4:54 PM

> Batman bill was 76.40 his face was swollen some other then that he fine

iMessage

3:53

 83

**FB**

**Frank and** >

Batman bill was 76.40 his face was swollen some other then that he fine

Tue, Apr 15 at 6:17 PM

Ok I am so glad to hear that. Either way it was a good call out of an abundance of caution. I'm on a fixed income, so I will give you $100 around the end of the month. The