TRO Exhibit 4: Lease Addendum Statement

EXHIBIT 4

SWORN STATEMENT REGARDING 'PARKING PASS' EMAIL AND ATTACHED ADDENDUM

I, Lester Aubrey Lee, Jr., make the following statement under penalty of perjury pursuant to 28 U.S.C. 1746:

On or around April 5, 2025, Robert Haddad sent an email to my landlord and his property management team titled New Parking Policies and ProceduresInvitation to Apply for Parking. The email was framed as a routine notice about parking registration but included a blank Brookside Park Condominium Lease Addendum as a required document for tenants to receive parking privileges.

Upon review, the attached addendum includes language functioning as an irrevocable power of attorney, granting the Brookside Park Condominium Association the ability to access leased units without notice and to initiate eviction proceedings without court involvement or landlord participation. This document was not explained to me, was not disclosed with any fair warning, and was sent under false pretenses through a parking process.

I respectfully submit this sworn statement as Exhibit 4 in support of my Emergency Motion for Temporary Restraining Order to demonstrate the deceptive, coercive, and retaliatory practices used by the Brookside Park Condominium Association.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 11, 2025.

Lester Aubrey Lee, Jr.

Plaintiff Pro Se