TRO Exhibit 4A: Trojan Horse Addendum Email



My name <slingshot.biz@gmail.com>

## Fwd: New Parking Policies and Procedures--Invitation to Apply for Parking

**Rasheed Walford** <rasheed.walford@gmail.com>  Mon, Apr 7 at 2:57 PM
To: <slingshot.biz@gmail.com>

Rasheed L. Walford
Direct: 240.593.9636


---------- Forwarded message ---------
From: **Robert Haddad** <rhaddad@brooksidepark.org>
Date: Sat, Apr 5, 2025, 3:00 PM
Subject: New Parking Policies and Procedures--Invitation to Apply for Parking
To: kris <krisakula@gmail.com>
Cc: <rasheed.walford@gmail.com>, Juan Willis <juan@mymetropolis.net>, Rammy Azoulay <Rammy@mymetropolis.net>


Kris, Rasheed:

Below is the invitation to Brookside Residents to apply for the new parking passes being rolled out. You may forward this invitation to all your Brookside tenants for them to apply.

As discussed with Kris just now, you need to have the following documents on-file in the Office in order for your tenants to receive parking privileges.

1) A <u>current</u> copy of the lease;
2) The filled out and executed Brookside Park Condominium Lease Addendum (blank attached here). This must be signed by the Lessor (or agent) <u>and</u> the Lessee;
3) A current copy of the PG County SFR Rental License. Note that each unit must undergo a Brookside inspection in order to receive a Letter of Good Standing before applying for the Rental License.

Parking invitation starts below.

Robert Haddad
-------------------------------------------------------------

This letter informs you of the upcoming updates to our community's parking policies, effective February 17, 2025. The program will be rolling out across the community in phases. You have been selected as a member of the first group ("beta group") which consists of approximately 55 units, or about 10% of the

total number of units at Brookside. You are hereby invited to participate in the launch group of the new parking program effective immediately.

Attached are more relevant documents, including a Welcome Letter from our Parking Vendor, Online Parking Pass. *That Welcome Letter includes instructions on creating an account and applying for parking.* Also attached are an FAQ and other helpful documentation.

The new parking policies aim to ensure fair and accessible parking options for all residents and guests and are consistent with the applicable parts of the Brookside Park Condominium By-laws, the Brookside Rules and Regulations and the Maryland Condominium Act. The vendors we have selected are Online Parking Pass (https://onlineparkingpass.com/) for parking permitting and management; and Prince Geoprge's Towing for enforcement.

The graphic below explains the parking process for owners as well as non-owner residents. It is more detailed in the attached documents.



image.png

Parking at Brookside is limited. We have approximately 750 parking spots to accommodate 552 units, clearly an insufficient number if each unit required an "A", "B" and "V" pass. The goal is to provide parking facilities to match resident needs in a fair and equitable fashion.

Overnight parking will be limited to residents and their guests. Non-resident owners are not entitled to park at Brookside overnight.

Tenant parking will be available to units in Good Standing as described in more detail below.

All parking passes will be virtual (i.e. no decals or passes hanging from the vehicle rear-view mirror). All

passes will be tied to the vehicle license plate and VIN.

**For Resident Owners:** Resident Owners can apply for A, B, V or C pass as outlined below.

**For Tenants of Leased Units:** Owners of leased units are responsible for compliance with Article X of the Brookside Park Condominium by-laws. Their tenants may apply for parking directly. If the unit is in compliance and in Good Standing, tenants will be issued parking passes. If the unit is not in good standing, tenants *may* be issued a temporary parking pass pending inspection and Good Standing Status.

1. **"A" Parking Pass**

   Each unit will be eligible for one (1) complimentary, non-transferable, "A" parking pass per year. If the vehicle is sold or replaced, a new pass will be required for a $50 fee per year.

   Vehicles **must be registered** at the Brookside Park address, and proof of insurance is required.

2. **"B" Parking Pass**

   Each unit can purchase one (1) "B" Parking pass for $50 per year.

   Vehicles **must be registered** at the Brookside Park address, and proof of insurance is required.

3. **"Visitor" Parking Pass**

   Each unit can purchase one (1) visitor parking pass for a $50 annual fee.

   Visitor parking spots are limited and must be reserved online via the parking portal.

   The maximum use period per reservation is seven (7) consecutive days. The Board may make exceptions upon written request.

4. **Commercial Parking Pass**

   A commercial vehicle is either a company-branded truck or van, a large vehicle with ladders, or a car with more than two (2) axles.

   Commercial vehicles cannot park in "A" or "B" Spots between 10:00 p.m. and 5:00 a.m.

   Brookside Park has 14 designated commercial vehicle spaces on the complex's south side near the dumpster roll-off.

   A commercial Parking Pass can be purchased for a fee of $1,800 per year ($150/month)

**Resident Owner and Tenant Parking:** The exact requirements apply for an "A" Parking pass and proof of commercial vehicle insurance.

5. **Mopeds and Scooters**

   Mopeds and scooters must park in designated "A," "B," or "Visitor" spots.

   Parking is prohibited on the grass, sidewalks, balconies, or patios.

   All vehicles must be insured, titled, and adhere to state registration and safety gear requirements.

   **Resident Owner and Tenant Parking:** The requirements apply to "A" Parking Pass.

6. **Military Personnel**

   Active-duty military personnel may maintain their home-state vehicle registration and driver's license with valid military identification and proof of insurance if needed.

   **Tenant Parking:** Requires unit owner approval, a valid lease, the condominium addendum, military ID, a county rental license, and proof of insurance.

7. **Handicap Parking**

   Accessible parking spaces are marked and are limited.

   Brookside Park will no longer issue dedicated accessible parking spaces. The current parking markers will be removed.

   Vehicles must display a valid handicap license plate or window placard. Failure to display will result in the car being towed.

   To park in a handicap space, you must have a valid "A," "B," or "Visitor" Parking pass. If you have a handicap tag/placard but no parking pass, your vehicle will be subject to towing enforcement.

   If an additional accessible parking space is needed in a section, the request must be made to the property management office.

8. **General Parking Rules and Regulations**

   New residents will have a 60-day grace period to register vehicles at their Brookside Park address.
   Parking pass registration must be done online via the Parking portal.

A unit can only have one (1) of each type of parking pass ("A" Parking Pass, "B" Parking Pass, and Visitor Parking Pass). If the Owner/Tenant is approved for a "commercial" Parking Pass, this will negate either the "A" or "B" Parking Pass.
There are no dedicated or assigned parking spaces.

Failure to park in the proper "spot" will cause the vehicle to be towed.

"A" Parking Passes and spots will **consistently** be enforced, with no exceptions.

On federal holidays and adjoining weekends, "B" and "Visitor" parking passes will not be enforced.

> *For example, if Independence Day falls on a Friday, towing will not be enforced on Saturday and Sunday; if it falls on a Monday, towing will not be enforced on the Saturday and Sunday before.*

Temporary vehicles (rentals, loaners, borrowed) must be registered online as "Visitors" and notified to the property management office. The same "A" Spot pass requirements apply.

Events (birthdays, holidays, etc.) requiring more than one (1) visitor parking pass during parking enforcement hours (10 PM—5 AM) require the resident to notify the property management company at least 48 hours in advance to make special arrangements.

Parking passes are electronically assigned to the vehicle's tag. The formerly issued hanger or sticker permits are void and no longer valid for parking.

All parking passes are valid for one (1) year from the date of issuance and are to be renewed online.

9. **Communication and Implementation Plan**

    Owners have been advised of the changes to parking rules and are responsible to share this information with their tenants.

    To ensure a smooth transition and compliance, Brookside will hold at least two training sessions for Brookside Park residents.

    Notices will be posted throughout the community, and emails to registered owners will be sent to keep everyone informed.

The Brookside Park Board anticipates there will be some time to adjust to the new parking policies but is confident that this will be for the benefit and betterment of our community.

Thank you in advance for your cooperation with these new policies and procedures,

The Board of Directors.

================================
**Robert F. Haddad, President**
**Brookside Park Condominium, Inc.**
**500 Wilson Bridge Drive**
**Oxon Hill, MD  20745**
**(301) 567-5000**
**rhaddad@brooksidepark.org**
================================

New Resident Parking Letter (BPC).pdf, parking space FAQ.docx.pdf, Brookside Park – Residential Lease Addendum – BLANK.pdf