TRO Exhibit 7: Surveillance Photos









Case 8:24-cv-01205-ABA    Document 56-8    Filed 06/12/25    Page 5 of 10









