TRO Exhibit 7A: Surveillance Screenshot

**From:** Robert Haddad <rhaddad@brooksidepark.org>
**Sent:** Friday, May 24, 2024 11:42 AM
**To:** Anthony D. Dwyer; Charles Gormly
**Cc:** LaTrenda Hicks; Rammy Azoulay; Ben Colbert
**Subject:** Fwd: [BOARD] Seeking information from attorney

This is an impirtant update from Ms. Hicks, whom we met with at Brookside earlier this week. As you
see, the situation is untenable and poses health and safety as well as security hazards.

We are proceeding with the purchase and installation of a door bell video camera at her unit. So we
be collecting meet video evidence.

Regards

Robert Haddad

---------- Forwarded message ---------
From: **LaTrenda Hicks** <latrenda.hicks@gmail.com>
Date: Fri, May 24, 2024, 11:21 AM
Subject: [BOARD] Seeking information from attorney
To: Rammy Azoulay <Rammy@mymetropolis.net>, Robert Haddad <board@brooksidepark.org>


Good morning, Rammy and Mr. Haddad,

I am reaching out to you as I am now ready to call to report the horrible smell from 564 D2.

I came home from work last evening, went to the restroom and the smell was horrible. The stinch w
bad, my eyes were burning and I got a headache. It took my breath away for a second.

I tried looking for a phone number to call to have someone come out but everything was closed.
However, during our meeting Tuesday, the attorneys mentioned they would help with getting someo
come out, I'm ready to make the complaint.

I cried last night asking GOD why can't this person leave as the smell and the damages are taking a
toll on me...

If you could please provide me with the information or next steps that would be greatly appreciated!

Thanks, have a good day and a great long holiday weekend!

LaTrenda Hicks
564 B2
--
You received this message because you are subscribed to the Google Groups "Board of Directors" g

1