IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

LESTER LEE,
    Plaintiff,

    v.                      Case No.: 8:24-cv-01205-ABA

BROOKSIDE PARK CONDOMINIUM, INC.,
METROPOLIS (MCM),
RAMMY AZOULAY,
LAMONT SAVOY,
    Defendants.

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June 2025, a copy of the foregoing Emergency Motion for Temporary Restraining Order, Proposed Order, and all supporting documents and exhibits were served by email on the following:

- Anthony D. Dwyer – adwyer@ewva.com
- Henry T. Carkhuff – hcarkhuff@ewmd.com
- Richard Rosenthal – richard@thedoglawyer.com

Additionally, a copy was submitted to the Court through the Electronic Document Submission System (EDSS) for filing in the above-captioned case.

_____
Lester Lee
Plaintiff Pro Se
llee.documents@gmail.com