IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

**LESTER LEE**,
    Plaintiff,

    v.                          Case No.: 8:24-cv-01205-ABA

**BROOKSIDE PARK CONDOMINIUM, INC.,
METROPOLIS (MCM),
RAMMY AZOULAY,
LAMONT SAVOY**,
    Defendants.

## PROPOSED ORDER GRANTING EMERGENCY TEMPORARY RESTRAINING ORDER, PRESERVATION OF EVIDENCE, AND REFERRAL FOR JUDICIAL REVIEW

Upon consideration of Plaintiff's Emergency Motion for Temporary Restraining Order, Preservation of Evidence, and Judicial Review of Attorney Conduct, and the supporting Declaration and Exhibits filed therewith, it is hereby:

**ORDERED**, that the Emergency Motion is GRANTED; and it is further

**ORDERED**, that Defendants Brookside Park Condominium, Inc., Metropolis (MCM), Rammy Azoulay, and their counsel, including Anthony D. Dwyer of Eckert Seamans Cherin & Mellott, LLC and Eckelson & Wolf, P.C., shall immediately:

1. Cease all physical, digital, audio, and video surveillance of Plaintiff, including surveillance conducted through peephole cameras, Ring devices, AI-enhanced license plate readers, or other means, whether overt or covert;

2. Disclose and preserve all surveillance footage, logs, device information, and communications related to any surveillance of Plaintiff, his animals, his guests, or his residence, from January 1, 2024 to present, including but not limited to data stored or managed by Brookside Park, Metropolis, Rammy Azoulay, or their agents;

3. Preserve all internal and external communications and case-related records by attorney Anthony D. Dwyer and any staff, partners, or associates at Eckert Seamans Cherin & Mellott, LLC or Eckelson & Wolf, P.C., including those related to interrogatories, surveillance authorization, or meetings with unrepresented witnesses such as Latresa Hicks;

4. Cease and desist from any further contact, surveillance, or interference with Plaintiff's current housing, current landlord, or any parties uninvolved in this litigation; and it is further

**ORDERED,** that this Court refers the conduct of Anthony D. Dwyer, Esq., and any associated conduct of Eckert Seamans Cherin & Mellott, LLC and/or Eckelson & Wolf, P.C., for judicial review and possible referral to the Maryland Attorney Grievance Commission for investigation into alleged:

- Conflicts of interest and dual representation;
- Witness intimidation and coordination of testimony;
- Unauthorized surveillance and violations of the Maryland Wiretap Act;
- Discovery abuse and ethical misconduct during depositions;
- Retaliatory conduct targeting a pro se litigant with disabilities; and it is further

**ORDERED**, that this Temporary Restraining Order shall remain in effect until further order of the Court.

**SO ORDERED**.

_____
Judge Adam B. Abelson
United States District Judge