In the United States District Court
For the District of Maryland

LESTER LEE,
Plaintiff, Pro Se

v.                          8:24-cv-01205-ABA

BROOKSIDE PARK CONDOMINIUM, INC.,
METROPOLIS (aka MCM, INC.),
RAMMY AZOULAY, and
LAMONT SAVOY,
Defendants.

### Certificate of Service

I hereby certify that on this 15th day of June 2025, a true and correct copy of the foregoing Motion to Disqualify Counsel was served via email and/or U.S. Mail, first class postage prepaid, upon the following:

- Henry T. Carkhuff, Esq.
  Eckert Seamans Cherin & Mellott, LLC (Maryland Office)
  hcarkhuff@eckertseamans.com
  Eckelson & Wolf, P.C. (Maryland Office)
  hcarkhuff@ewmd.com

- Anthony D. Dwyer, Esq.
  Eckert Seamans Cherin & Mellott, LLC (Virginia Office)
  adwyer@eckertseamans.com
  Eckelson & Wolf, P.C. (Virginia Office)
  adwyer@ewva.com

- Richard B. Rosenthal, Esq. (former counsel)

*[signature]*

Lester Lee
Plaintiff, Pro Se