# LETTER TO THE COURT

June 16, 2025

Clerk of the Court
United States District Court
District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

RE: Lester Lee v. Brookside Park Condominium, Inc., et al.
Case No. 8:24-cv-01205-ABA

Dear Clerk of the Court,

Please find enclosed Plaintiff's Motion to Strike Abusive Discovery Responses and Interrogatories, along with the accompanying Memorandum of Law, Declaration of Lester Lee, Certificate of Service, and Proposed Order.

As a pro se and disabled litigant, I am my own investigator, researcher, paralegal, and litigator. I am doing everything in my power to follow proper federal court procedures while minimizing the burden on the Court and Clerk's Office. I respectfully submit this filing through the Electronic Document Submission System (EDSS).

Supporting exhibits and referenced evidence—such as deposition excerpts, interrogatory packets, emails, and other attachments—will be filed separately or made available upon request. If the Court requires any exhibits in advance to properly evaluate the pending motion, I respectfully ask to be notified so I may prioritize that production accordingly.

Thank you for your time, patience, and attention to this matter.

Respectfully submitted,

Lester Lee
Plaintiff Pro Se
Email: llee.documents@gmail.com
Date: June 16, 2025