IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LESTER LEE,
    Plaintiff,

v.        Civil Case No. 8:24-cv-01205-ABA

BROOKSIDE PARK CONDOMINIUM, INC.,
METROPOLIS (aka MCM, INC.),
RAMMY AZOULAY, and
LAMONT SAVOY,
    Defendants.

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE ABUSIVE DISCOVERY

Upon consideration of Plaintiff's Motion to Strike Abusive Discovery Responses and Interrogatories, the Memorandum of Law, Declaration of Lester Lee, and any opposition filed by Defendants, it is hereby:

ORDERED that Plaintiff's Motion is GRANTED.

It is further ORDERED that:

1. All interrogatories and discovery requests served by Defendants that exceed the numerical limitations set forth in Fed. R. Civ. P. 33(a)(1) are STRICKEN;

2. Defendants are barred from issuing further written interrogatories without prior leave of Court;

3. The Court reserves ruling on whether additional sanctions or remedies are appropriate pending further briefing, including potential sanctions arising from the submission of a false affidavit by Robert Haddad following Plaintiff's deposition; the incomplete and unauthorized deposition testimony of Mr. McLaurin—who was neither the reporting inspector nor certified to inspect HVAC systems—and the use of that deposition to bolster or fabricate a defense outside the scope of his authority; and the unauthorized access to Plaintiff's unit obtained by Defendants or their agents under false pretenses.

SO ORDERED.

_____

Hon. Adam B. Abelson

United States District Judge

Dated: _____