## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2025, I submitted the foregoing:

**PLAINTIFF'S MOTION TO STRIKE ABUSIVE DISCOVERY RESPONSES AND INTERROGATORIES**,
together with the accompanying **Memorandum of Law, Declaration of Lester Lee, and Proposed Order,**

to the United States District Court for the District of Maryland using the Electronic Document Submission System (EDSS) for pro se litigants.

I further certify that a true and correct copy of the foregoing was served via email on the following counsel of record:

Anthony D. Dwyer
Counsel for Brookside Park Condominium, Inc.
Eckelson & Wolf, P.C.
Email: adwyer@ewva.com
Also affiliated with: Eckert Seamans Cherin & Mellott, LLC
Email: adwyer@eckertseamans.com

Henry T. Carkhuff
Counsel for Metropolis and Rammy Azoulay
Eckelson & Wolf, P.C.
Email: hcarkhuff@ewmd.com
Also affiliated with: Eckert Seamans Cherin & Mellott, LLC
Email: hcarkhuff@eckertseamans.com

Respectfully submitted,

_____
Lester Lee
Plaintiff Pro Se
Email: llee.documents@gmail.com
Date: June 16, 2025