## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2025, I submitted the foregoing:

**PLAINTIFF'S MOTION FOR PROTECTIVE ORDER TO LIMIT FURTHER DISCOVERY ABUSE AND RETALIATION**, together with the accompanying Memorandum of Law and Declaration of Lester Lee,

to the United States District Court for the District of Maryland using the Electronic Document Submission System (EDSS) for pro se litigants.

I further certify that a true and correct copy of the foregoing was served via email on the following counsel of record:

Anthony D. Dwyer
Counsel for Brookside Park Condominium, Inc.
Eckelson & Wolf, P.C.
Email: adwyer@ewva.com
Also affiliated with: Eckert Seamans Cherin & Mellott, LLC
Email: adwyer@eckertseamans.com

Henry T. Carkhuff
Counsel for Metropolis and Rammy Azoulay
Eckelson & Wolf, P.C.
Email: hcarkhuff@ewmd.com
Also affiliated with: Eckert Seamans Cherin & Mellott, LLC
Email: hcarkhuff@eckertseamans.com

Respectfully submitted,

Lester Lee
Plaintiff Pro Se
Email: llee.documents@gmail.com
Date: June 16, 2025