IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND


LESTER LEE,
    Plaintiff Pro Se

v.                Case No. 8:24-cv-01205-ABA

BROOKSIDE PARK CONDOMINIUM, INC.,
METROPOLIS (aka MCM, INC.),
RAMMY AZOULAY, and
LAMONT SAVOY,
    Defendants.


### ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Upon consideration of Plaintiff's Motion for Protective Order to Limit Further Discovery Abuse and Retaliation, the Memorandum of Law, Declaration of Lester Lee, and any opposition filed by Defendants, it is hereby:

**ORDERED** that Plaintiff's Motion is GRANTED.

It is further **ORDERED** that:

1. Defendants shall not serve any additional interrogatories or discovery requests without prior leave of Court.

2. Defendants are prohibited from conducting or utilizing any surveillance-based discovery, including footage from Ring or peephole cameras, unless explicitly authorized by Court order.

3. Defendants shall not issue discovery requests targeting Plaintiff's unrelated housing history, finances, or medical or disability background.

4. Plaintiff shall retain the right to object to outstanding discovery and to supplement or amend filings as necessary upon the Court's direction.

SO ORDERED.


Hon. Adam B. Abelson
United States District Judge

Dated: _____