```
                                                          Page 1
             UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
    -----------------------------x
    LESTER LEE,                  *

         PLAINTIFF,              *

    V.                           *   Case No.

    BROOKSIDE PARK CONDOMINIUM,* 8:24-CV-01205-TJS
    INC., METROPOLIS (aka MCM,
    INC.), RAMMY AZOULAY         *
    AND LAMONT SAVOY,
                                 *
         DEFENDANTS.
    -----------------------------x


              DEPOSITION OF LESTER A. LEE, JR.
                 APPEARING REMOTELY FROM
                   OXEN HILL, MARYLAND

                   February 28, 2025
                      12:00 p.m.

    REPORTED BY:
    Dawn L. Halcisak, CLR
    APPEARING REMOTELY FROM CRISFIELD, MARYLAND
```




```
                                              Page 17
 1   Fair Housing.  The one you talked about in
 2   Baltimore.
 3        A.   Yes, sir.
 4        Q.   Who was that -- who was that
 5   complaint against?
 6        A.   That was against all three, through
 7   Mr. Savoy, that was against Brookside
 8   Condominium, and Property Management Group.
 9        Q.   And did -- did that case -- your
10   lawyer said that that proceeded to a lawsuit.
11   Was there a lawsuit?
12             MR. ROSENTHAL:  No, it did not
13   proceed to a lawsuit.
14             MR. DWYER:  Okay.
15             THE WITNESS:  Once -- they had me
16   fill out the form.  And once they reviewed
17   the form, then they would call me and
18   interview me.  Then they decide whether or
19   not it's a case that they can pursue.  They
20   determined that it was a case that they could
21   pursue and wanted me to sign the paperwork
```



```
                                                    Page 18
 1   to, I guess, agree to the terms of, if they
 2   were able to mediate; if not, then it could
 3   go to trial.  But once I read the terms of
 4   conditions, it stated that if I had a pending
 5   lawsuit, that this -- that action would --
 6            MR. DWYER:  Okay.  I'd like to get
 7   that paperwork, Mr. Rosenthal, I -- I've not
 8   gotten any discovery from you at all.  We
 9   have a motion pending on that, but I'd like
10   that paperwork, as well.  Any other law --
11   any other lawsuits that you have?
12            MR. ROSENTHAL:  You can send me --
13   if you send -- I -- I -- to the extent we
14   have copies, I'm happy to provide it.
15   Otherwise, if you want to send me a release
16   for the HUD, we'll be happy to sign a
17   release.
18            MR. DWYER:  Well, you've not
19   answered any discovery, but we'll -- we'll
20   talk about that later.
21            MR. ROSENTHAL:  Okay.
```

