UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LESTER LEE,<br><br>    PLAINTIFF<br><br>v.<br><br>BROOKSIDE PARK CONDOMINIUM, INC., METROPOLIS (aka MCM, INC.), RAMMY AZOULAY AND LAMONT SAVOY<br><br>    DEFENDANTS | Case No. 8:24-cv-01205-TJS |

**ORDER ON PLAINTIFF'S MOTION TO DISQUALIFY DEFENSE COUNSEL**

This came before me on the Plaintiff's motion to disqualify defense counsel. Upon consideration of the motion, the opposition thereto, and being otherwise duly advised in the premises, it is this _____ day of June, 2025;

ORDERED that the motion is hereby denied.

_____
United States District Court Judge

cc: COR

Anthony D. Dwyer (415575)
ECCLESTON & WOLF, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076-1378
(410) 752-7474 (phone)
(410) 752-0611 (fax)
E-mail: dwyer@ewva.com
*Attorney for Defendants Brookside Park Condominium, Inc., Metropolis (aka MCM, Inc.), and Rammy Azoulay*

M:\4C546\Motion\Order - Motion to Disqualify Defense Counsel.docx

Lester Lee
535 Wilson Bridge Drive, B1
Oxon Hill, MD  20745
Llee.documents@gmail.com
*Pro Se Plaintiff*