UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **LESTER LEE,**<br><br>    PLAINTIFF<br><br>v.<br><br>**BROOKSIDE PARK CONDOMINIUM, INC., METROPOLIS (aka MCM, INC.), RAMMY AZOULAY AND LAMONT SAVOY**<br><br>    DEFENDANTS | Case No. 8:24-cv-01205-TJS |

**ORDER ON PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER**

This came before me on the Plaintiff's motion for a protective order. Upon consideration of the motion, the opposition thereto, and being otherwise duly advised in the premises, it is this _____ day of June, 2025;

ORDERED that the motion is hereby denied.

_____
United States District Court Judge

cc:  COR

Anthony D. Dwyer (415575)
ECCLESTON & WOLF, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076-1378
(410) 752-7474 (phone)
(410) 752-0611 (fax)
E-mail: dwyer@ewva.com
*Attorney for Defendants Brookside Park Condominium, Inc., Metropolis (aka MCM, Inc.), and Rammy Azoulay*

M:\4C546\Motion\Order - Motion for Protective Order.docx

Lester Lee
535 Wilson Bridge Drive, B1
Oxon Hill, MD  20745
Llee.documents@gmail.com
*Pro Se Plaintiff*