## Exhibit A

Page 87

Q. Okay. Let -- let's switch gears a little bit. I want to ask you a couple of questions. I guess what I want to ask is, you know, do you believe that another -- do you believe that you needed those particular service dogs versus another breed of dog? You know, why did you feel you needed a pit bull as a service dog –

MR. ROSENTHAL: Yeah. Objection. I'm -- I'm going -- this, I'm going to object to. I'm going to direct him not to answer. That's not a proper question.

MR. DWYER: I don't agree with you. It is proper and -- and –

MR. ROSENTHAL: No, it's not proper, Counsel.

MR. DWYER: No, you have no basis to instruct him not to answer. Are you instructing him not to answer?

MR. ROSENTHAL: I'm instructing him not to answer, yes.

MR. DWYER: Okay. Let's -- let's certify that question.

MR. ROSENTHAL: That question violates ADA.

MR. DWYER: Okay. Let's certify it from the lawyer who hasn't answered any discovery whatsoever. Is -- is now instructing his client not to answer a question.

MR. ROSENTHAL: Your question is discriminatory and irrelevant.

MR. DWYER: The question is entirely proper, and I have every right to ask why he specifically needed a pit bull.

MR. ROSENTHAL: And under federal law, the breed of the service dog is not relevant, and that line of questioning has been ruled improper time and again.

MR. DWYER: Let's get it certified. We'll let the judge decide.

MR. ROSENTHAL: You do that.

THE REPORTER: * (Question certified.)

MR. DWYER: Fine. Moving on.