**Exhibit B**

Pages 101–103

Q. Are we going somewhere with this?

A. What's the matter?

Q. You need a break?

A. No. I -- I -- I -- I -- I -- I need to know -- I -- I mean -- because it's like the -- the questions that you're asking are the same questions over and over. You've only asked, really, three questions -- all this time we spent, you've asked me three questions. And you're trying to find out, how many dogs do I have? And -- and -- and, honestly, that's the reason why DPIE came out here. The inspector came out here. I called the inspector to come look at the air conditioning in the common area. They did not come for that. They tried to lie to me and say, "Well, we need to get in your unit." I said, "No, the problem is in the attic." "No, we need to get in your unit." No, y'all want to come in here and see how many dogs I have, and see if that smell or whatever is coming from my unit. Okay. All this is going to -- now you're sitting here trying to figure out, how many dogs do I have? It's almost like -- it makes no sense to me because it seems like it's a conflict of interest because you represented Rogel, when -- when -- when the -- the condo association that you represent now sued him. So how are you -- I -- I don't understand this. This -- to me, this is conflict of interest. How do you represent Rogel and now you represent the condo association? So you have access to the files that Rogel had here when I was here. Now you work with them. It's not making sense to me. It almost seems like

==you're not really concerned about the case, you're concerned about retaliation for the condo association==. Because those are the questions that you're asking. All -- all they had to do is what's happening now -- what's happening now. How many dogs do you have now –

Q. I'm going to ask you questions –

A. -- you're trying to set me up for some type of retaliation. And I -- I'm -- I'm really feeling -- really feeling -- I know I'm not wrong, you know, because and I -- and I -- and I -- you know the law, and you know how much Brookside condos take in every month's, it's charging $450 for -- they have a war chest. You'll fight it all the way to the Supreme Court and you know you can't win. The law is clear on this. Why are we even going through this? If you're going to ask –

Q. Well, let me ask -- let me ask you this –

A. -- ==ask me some questions and stop asking me about how many dogs I have== –

Q. Let me ask you this –

A. -- did you even want to talk about the harassment that I received?