**Exhibit C**

Page 91–93

Q. Can you describe what happened when the locks were changed on your door?

A. And for them, the things that they've done have been intentional. They changed the locks on me and locked me in. They put a double-sided -- they put a double-sided lock on my foyer door to where I couldn't get out. And when I called them down to -- told them I was having a panic attack, I need to get out. They laughed and said, "We'll send somebody down there." I called 911.

Q. Who did that?

A. Police shot -- showed up and they said, "No, they're not supposed to do that."

Q. Who -- who are you testifying did that? Who did -- who put the locks -- and when -- when was that?

Q. On -- is that on Mr. Savoy's unit?

A. No. No. It was on the common area, the foyer door.

Q. When was that done?

A. That was April.

Q. What'd you say it was?

A. It was August -- August 9th.

Q. What year?

A. 2024. August 9th -- April 8th. A double keylock -- double-sided keylock on the entry door. Not -- not on the unit door, but on the foyer door.

Q. Okay. But going back to Mama and -- and the other dog -- what's the other dog's name again? The other service dog.

A. Cashmere.