**EXHIBIT H**

**Scroggins v. Lee's Crossing HOA, 718 F.3d 262 (4th Cir. 2013)**
*United States Court of Appeals for the Fourth Circuit*

---

**SUMMARY OF CASE:** In *Scroggins*, the Fourth Circuit considered a homeowner's claim that the HOA failed to grant a reasonable accommodation under the Fair Housing Act involving her emotional support animal. The court emphasized that accommodation requests must be considered **individually and meaningfully**.

---

**KEY HOLDINGS:**

- HOAs cannot apply blanket rules or rigid enforcement to deny requests from disabled individuals.
- Accommodation discussions must be **interactive and fact-specific**.
- Even when claims fail on technical grounds, HOA retaliation or refusal to engage can support legal action.

---

**RELEVANCE TO PLAINTIFF'S CASE:** Attorney Anthony D. Dwyer has cited or implied reliance on *Scroggins* in Defendants' filings as a basis to justify denying Plaintiff's FHA/ADA-based requests. However, this case actually supports Plaintiff's legal arguments. Misusing this precedent constitutes a false statement of law and potential ethical violation under **Rule 3.3(a)(1)**.

---

**LEGAL SIGNIFICANCE:** The Fourth Circuit's analysis in *Scroggins* directly undermines Defendants' arguments and confirms that accommodation claims must be taken seriously, not dismissed based on arbitrary rules or timing.

**Submitted in Support of:**
Plaintiff's Motion to Strike Discovery Responses, Motion for Sanctions, and Motion to Disqualify Counsel.