```
                                           Page 2
 1       DEPOSITION OF DAVID McLAURIN
 2       Deposition of David McLaurin, taken in
 3  the above-entitled case on Tuesday, February 25,
 4  2025, commencing at 11:00 a.m., held at Eccleston &
 5  Wolf, P.C., 7240 Parkway Drive, 4th Floor, Hanover,
 6  MD 21076, and transcribed by Laurie Baker, a Notary
 7  Public and Shorthand Reporter.
 8
 9
10
11
12
13
14
15
16
17
18
19
20           Magna Legal Services
                866-624-6221
21             www.MagnaLS.com
```

```
                                           Page 4
 1  APPEARANCES:
 2
 3  Richard Bruce Rosenthal, Esquire (via Zoom)
 4  545 E. Jericho Turnpike
 5  Huntington Station, NY  11746
 6  richard@thedoglawyer.com
 7  On Behalf of Plaintiff
 8
 9  Henry T. Carkhuff, Esquire
10  Anthony D. Dwyer, Esquire (via Zoom)
11  Eccleston & Wolf, P.C.
12  7240 Parkway Drive, 4th Floor
13  Hanover, MD 21076
14  carkhuff@ewmd.com
15  On Behalf of Defendants
16
17
18  ALSO PRESENT: Ronald Waters
19
20
21
```

```
                                           Page 3
 1              I N D E X
 2       DEPOSITION OF DAVID McLAURIN
 3            February 25, 2025
 4
 5  EXAMINATION BY                          PAGE
 6  Mr. Carkhuff                   5
 7  Mr. Rosenthal                  36, 37
 8
 9
10
11  EXHIBITS  DESCRIPTION                   PAGE
12   1    Subpoena           9
13   2    Notice (posting)       18
14   3    Photos             25
15   4    DPIE Notice of Violation      32
16   5    McLaurin notes         35
17
18  (Exhibits are attached hereto.)
19
20
21
```

```
                                           Page 5
 1           S T I P U L A T I O N
 2       It is stipulated that the reading and
 3  signing of this deposition by the deponent is hereby
 4  NOT waived.
 5            *  *  *  *  *
 6       D A V I D  M c L A U R I N, called as a
 7  witness and having been duly sworn, testified as
 8  follows:
 9            *  *  *  *  *
10  EXAMINATION BY MR. CARKHUFF:
11     Q  Good morning.  My name is Henry Carkhuff.
12  I'm counsel for Brookside Park Condominium, Inc.,
13  along with Metropolis and Rammy Azoulay, and I'm
14  going to be here asking you a couple questions.
15  Could you first say your name for the record?
16     A  David McLaurin.
17     Q  How do you spell your last name?
18     A  M-c-L-A-U-R-I-N.
19     Q  And have you ever had your deposition
20  taken before?
21     A  No.
```

2 (Pages 2 to 5)

