Page 6

1    Q   I'm going to briefly go over a few ground
2  rules.  So please try to give verbal responses.  The
3  court reporter, she's not going to be able to take
4  down if we shake our head or say uh-huh or unh-unh.
5  Even though we know what we'll be talking about, the
6  record is not going to reflect that.  To the best of
7  your ability, try to give verbal responses.
8         At any time if I ask a question and
9  you don't know what it means, please let me know,
10  and I can rephrase it.
11         I'm not here to trick you at all.
12  This is just for us to get some information out.  If
13  at any point you need to take a break, please let me
14  know, and we'll go and take a break.  The only rule
15  is if there's a question pending other by myself or
16  one of the other attorneys, you have to answer that
17  question first and then we can take a break.
18         And then to the best of your
19  knowledge, please try and give full and accurate
20  answers.  So if I ask you what you had for breakfast
21  today and you had bacon and eggs, if you just told

Page 7

1  me you had bacon, although that's true, it's not the
2  complete answer because you had bacon and eggs.  To
3  the best of your ability, please try to give the
4  full and complete answer.  Okay?
5    A   Absolutely.
6    Q   And David, what is your current position?
7    A   I'm a senior inspector.
8    Q   Is there a specific county that you work
9  for?
10    A   Prince George's County.
11    Q   And how long have you been working as a
12  senior inspector for Prince George's County?
13    A   Four years.
14       MR. ROSENTHAL:  Could you speak up?  I'm
15    having a little trouble hearing over the Zoom
16    link.
17       THE WITNESS:  Absolutely, I will.
18       MR. ROSENTHAL:  Thank you very much.
19  BY MR. CARKHUFF:
20    Q   Prior to becoming a senior inspector in
21  Prince George's County, where were you working?

Page 8

1    A   I was just a regular inspector, what we
2  consider an Inspector II also for the county.  That
3  was four years, so that was six years of that, which
4  is in the same department, DPIE.
5    Q   And what's the acronym stand for?
6    A   Department of Permitting Inspections and
7  Enforcement.
8    Q   So could you walk me through what -- so
9  what is -- what is the job description for a senior
10  inspector with Prince George's County?
11    A   Okay.  You would like to understand my
12  day-to-day basically?
13    Q   Day-to-day.  What would a normal -- what
14  would a typical day look for you working?
15    A   First thing I would go into the program
16  that the county offers, which is called Momentum,
17  and I would check for open cases.  I would organize
18  the cases so that they can be run that day.  I would
19  go out into the community, run the cases, go back
20  either to a remote location or the office and
21  complete the cases within Momentum.

Page 9

1    Q   I'm going to go ahead and mark what's
2  going to be Defense Exhibit 1.
3           (McLaurin Deposition Exhibit No.
4            1 was marked for
5            identification.)
6  BY MR. CARKHUFF:
7    Q   Mr. McLaurin, I'm going to represent to
8  you that this is a subpoena to testify at a
9  deposition in a civil action.  Does that document;
10  look familiar to you?
11    A   Yes.
12    Q   And did you by happen chance bring any
13  inspection notice documents with you from looking at
14  the property?
15    A   Yes.  This is what I created the day.
16  That's the note I created the day that I entered the
17  residency.
18    Q   Going back to Momentum, which is -- sorry.
19  Momentum is the software that the county uses to go
20  in and kind of check the daily tasks for today?
21    A   Uh-huh.

3 (Pages 6 to 9)

