## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2025, a copy of the foregoing were served via electronic mail to counsel of record as listed below:

**Anthony D. Dwyer**
Eccleston & Wolf, P.C. (Virginia Office)
Email: adwyer@ewva.com

**Henry T. Carkhuff**
Eccleston & Wolf, P.C. (Maryland Office)
Email: hcarkhuff@ewmd.com

Counsel for Defendants Brookside Park Condominium, Inc., Metropolis (MCM, Inc.), and Rammy Azoulay.

Respectfully submitted,

**Lester Lee**
Plaintiff Pro Se
Email: llee.documents@gmail.com
Date: June 20, 2025