# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LESTER LEE,<br><br>    *Plaintiff*,<br><br>v.<br><br>BROOKSIDE PARK CONDOMINIUMS, INC., *et al.*,<br><br>    *Defendants* | Case No. 24-cv-1205-ABA |

## ORDER

The Court will hold a hearing on all pending motions in this case on **Thursday, July 10, 2025 at 10:00 A.M.** in Courtroom 7D of the Edward A. Garmatz Courthouse (101 W. Lombard St., Baltimore, MD 21201).

Date:  July 1, 2025

*/s/*
Adam B. Abelson
United States District Judge