IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LESTER LEE,

    *Plaintiff*,

v.

BROOKSIDE PARK CONDOMINIUMS, INC., *et al.*,

    *Defendants*

Case No. 24-cv-1205-ABA

**ORDER**

    The hearing scheduled for tomorrow, July 10, 2025 at 10:00 A.M. will now be held on Zoom (and will no longer be held in-person at the Baltimore courthouse). Zoom information will be circulated to Plaintiff and counsel via email prior to the hearing.

Date:  July 9, 2025

                                                  */s/*
                                        Adam B. Abelson
                                        United States District Judge