IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LESTER LEE
Plaintiff, Pro Se

v.   Case No. 8:24-cv-01205-ABA

BROOKSIDE PARK CONDOMINIUM, INC.,
METROPOLIS (MCM, INC.),
RAMMY AZOULAY,
LAMONT SAVOY

Defendants.

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANTS' OPPOSITION TO MOTION TO DISQUALIFY COUNSEL

Plaintiff Lester Lee, proceeding pro se, respectfully moves this Honorable Court for leave to file a sur-reply in further support of his Motion to Disqualify Counsel. This request is made pursuant to Local Rule 105(2)(a), which provides that sur-reply memoranda are not permitted unless otherwise ordered by the Court.

Defendants' Opposition to Plaintiff's Motion to Disqualify Counsel raises new factual assertions and legal arguments that were not previously addressed, including mischaracterization of prior case law, the use of hearsay affidavits submitted post-deposition, and defenses to ethical conflicts which demand a reply.

Plaintiff's proposed sur-reply is narrowly tailored to address these points, provide citation to relevant legal authority, and ensure that the Court has a complete and accurate record on which to rule.

Accordingly, Plaintiff respectfully requests that the Court grant leave to file the proposed Sur-Reply.

Respectfully submitted,

Lester Lee
Plaintiff, Pro Se
535 Wilson Bridge Drive, B1
Oxon Hill, MD 20745
LLEE.DOCUMENTS@gmail.com
Date: July 8, 2025