IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**LESTER LEE,**
    Pro Se *Plaintiff*

Case No. 8:24-cv-01205-ABA

**BROOKSIDE PARK CONDOMINIUM, INC.,**
**METROPOLIS (MCM, INC.),**
**RAMMY AZOULAY, and**
**LAMONT SAVOY,**
    *Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2025, a copy of the foregoing document was served by electronic mail in accordance with the Court's electronic filing procedures upon counsel of record for all Defendants.

Respectfully submitted,

**Lester Lee**
Plaintiff Pro Se
535 Wilson Bridge Drive, B1
Oxon Hill, MD 20745
LLEE.DOCUMENTS@gmail.com