## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of July, 2025, a true and correct copy of the foregoing Notice of Late Docketing and Request to Defer Entry of Judgment was served via electronic mail, consistent with Local Rule 105.1 and by agreement of counsel, upon the following individuals:

Anthony D. Dwyer
Eccleston & Wolf, P.C.
2410 Evergreen Road, Suite 200
Gambrills, MD 21054
adwyer@ewva.com

Henry T. Carkhuff
Eccleston & Wolf, P.C.
Baltimore, MD Office
hcarkhuff@ewmd.com

Counsel for Defendants Brookside Park Condominium, Inc., Metropolis (MCM, Inc.), and Rammy Azoulay


Respectfully submitted,

*[signature]*

Lester Lee
Plaintiff, Pro Se
535 Wilson Bridge Drive, B1
Oxon Hill, MD 20745
LLEE.DOCUMENTS@gmail.com
Date: July 11, 2025