IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

LESTER LEE
Plaintiff, Pro Se

v.                                    Case No. 8:24-cv-01205-ABA

BROOKSIDE PARK CONDOMINIUM, INC.,
METROPOLIS (MCM, INC.),
RAMMY AZOULAY,
LAMONT SAVOY
Defendants.

## MOTION FOR EXPEDITED TRANSCRIPT

Plaintiff Lester Lee, proceeding pro se, respectfully moves this Honorable Court to order the expedited preparation of the official transcript from the hearing held on July 10, 2025, in the above-captioned matter.

Plaintiff is currently preparing a Motion to Reopen or Defer Judgment under Federal Rules of Civil Procedure 56(d) and 60(b), and the content of the July 10, 2025 hearing is critical to preserve the record, confirm procedural objections, and accurately brief the issues addressed by the Court and opposing counsel.

Plaintiff respectfully requests that the transcript be prepared and made available on an expedited basis, and further requests that fees be waived or reduced due to

Plaintiff's pro se status and demonstrated financial hardship pursuant to 28 U.S.C. § 753(f).

      WHEREFORE, Plaintiff respectfully requests that this Motion for Expedited Transcript be granted and for such other relief as the Court deems just and proper.

Respectfully submitted,

Lester Lee
Plaintiff, Pro Se
535 Wilson Bridge Drive, B1
Oxon Hill, MD 20745
LLEE.DOCUMENTS@gmail.com
Date: July 11, 2025