Subject: Notice of Motion for Expedited Transcript – Case No. 8:24-cv-01205-ABA

Dear Ms. Skinner,

I am writing to notify the Court that I, Lester Lee, plaintiff in the above-captioned matter, have filed a Motion for Expedited Transcript on July 11, 2025. The motion requests the prompt preparation of the official transcript from the hearing held on July 10, 2025, which is material to a forthcoming motion under Federal Rules of Civil Procedure 56(d) and 60(b).

Given the urgency and the evidentiary significance of the transcript, I respectfully request that the Court process this request as soon as possible. I also request consideration for a fee waiver or cost reduction under 28 U.S.C. § 753(f) due to my pro se and financial status.

Please advise if I need to take any additional steps to initiate transcript preparation or if further action is required from me.

Thank you for your attention to this matter.

Respectfully,

Lester Lee
Plaintiff, Pro Se
535 Wilson Bridge Drive, B1
Oxon Hill, MD 20745
llee.documents@gmail.com
(240) 553-4720