IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LESTER LEE,

    *Plaintiff*,

v.

BROOKSIDE PARK CONDOMINIUMS, INC., *et al.*,

    *Defendants*

Case No. 24-cv-1205-ABA

**ORDER**

The Court held a motions hearing on July 10, 2025. *Pro se* plaintiff Lester Lee and counsel for Defendants Brookside Park Condominiums, Inc., Metropolis, and Rammy Azoulay were present for the hearing. For the reasons stated on the record in the motions hearing, it is hereby ORDERED as follows:

1. The motion for summary judgment (ECF No. 46) is GRANTED and summary judgment is hereby entered as to all counts in favor of Defendants Brookside Park Condominiums, Inc., Metropolis, and Rammy Azoulay;

2. The motion to dismiss (ECF No. 53) is DENIED as moot;

3. The emergency motion for a temporary restraining order (ECF No. 56) is DENIED;

4. The motion to disqualify counsel (ECF No. 58) is DENIED;

5. The motion to strike (ECF No. 59) is DENIED;

6. The motion to preserve evidence (ECF No. 61) is DENIED;

7. The emergency motion for court-supervised protective measures (ECF No. 64) is DENIED;

8. The motion for leave to file a surreply (ECF No. 73) is DENIED;

9. The motion for a fee waiver or cost reduction for the transcript of the July 10, 2025 hearing (ECF No. 77) is DENIED because Plaintiff has not shown evidence that he is permitted to proceed in forma pauperis under 28 U.S.C. § 753(f) ("Fees for transcripts furnished in proceedings brought under section 2255 of this title to persons *permitted to sue or appeal in forma pauperis* shall be paid by the United States . . .") (emphasis added); *see* ECF No. 18 (order denying Plaintiff's motion to proceed in forma pauperis);

10. As for the motion for an expedited transcript of the July 10, 2025 hearing (ECF No. 76), Plaintiff shall coordinate with the court reporter and may choose the schedule for receipt of the transcript, which may affect the cost; because in the absence of IFP status a motion to expedite is not the correct mechanism to request a transcript, that motion (ECF No. 76) is DENIED; and

11. This Order constitutes a final judgment of the Court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure.

Date: July 15, 2025

*/s/*
Adam B. Abelson
United States District Judge