IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LESTER LEE,
  *Plaintiff, Pro Se*

v.    Case No. 8:24-cv-01205-ABA

BROOKSIDE PARK CONDOMINIUM, INC.,
METROPOLIS (MCM, INC.),
RAMMY AZOULAY, and
LAMONT SAVOY,
  *Defendants.*

## CERTIFICATE OF SERVICE

  I hereby certify that on July 16, 2025, I submitted the foregoing *Emergency Motion to Stay Entry of Judgment Pending Submission of Rule 60(b) Motion* through the Court's Electronic Document Submission System (EDSS). Service will be effectuated by the Clerk of Court via electronic delivery to all counsel of record or as otherwise directed by the Court.

*/s/ Lester Lee*
Lester Lee

Plantiff, Pro-se