IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LESTER LEE,
    *Plaintiff, Pro Se*

v.        Case No. 8:24-cv-01205-ABA

BROOKSIDE PARK CONDOMINIUM, INC.,
METROPOLIS (MCM, INC.),
RAMMY AZOULAY, and
LAMONT SAVOY,
    *Defendants.*

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's *Emergency Motion to Stay Entry of Judgment Pending Submission of Rule 60(b) Motion*, and for good cause shown, it is hereby:

**ORDERED** that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that entry of judgment in this matter is hereby **STAYED** until:

1. The official transcript of the recent hearing has been filed or made available to the parties;
2. The Court has ruled on Plaintiff's pending Motion for Leave to File Surreply; and
3. The Court has considered Plaintiff's forthcoming Motion under Rule 60(b) and any supporting materials submitted therewith.

SO ORDERED.

_____

United States Magistrate Judge

Date: _____