IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LESTER LEE,
    *Plaintiff, Pro Se*

v.           Case No. 8:24-cv-01205-ABA

BROOKSIDE PARK CONDOMINIUM, INC.,
METROPOLIS (MCM, INC.),
RAMMY AZOULAY, and
LAMONT SAVOY,
    *Defendants.*

**Transcript Request and Fee Waiver Packet**

**Request for Transcript at Government Expense under 28 U.S.C. § 753(f)**

    Dear Judge Abelson,

    Plaintiff, Lester A. Lee, Jr., respectfully requests that the Court order the production of the transcript from the hearing held on July 10, 2025, at government expense pursuant to 28 U.S.C. § 753(f). Plaintiff has concurrently submitted a Transcript Order (AO 435), an Application to Proceed In Forma Pauperis (AO 239), and a supporting declaration.

    Plaintiff is a disabled veteran and pro se litigant on a fixed income. Although Plaintiff was previously denied indigent status while represented by counsel, he is now self-represented and has incurred significant out-of-pocket legal expenses, including PACER fees, document production, and software costs. Plaintiff respectfully asks the Court to reconsider his eligibility for transcript assistance in light of these changed and current financial circumstances.

## **Supplemental Declaration in Support of Transcript Fee Waiver**

Plaintiff: Lester A. Lee, Jr.

Case No.: 8:24-cv-01205-ABA

Judge: Hon. Adebayo O. Abelson

    I, Lester A. Lee, Jr., respectfully submit this supplemental declaration in support of my request for waiver of transcript fees under 28 U.S.C. § 753(f) for the hearing held on July 10, 2025. I am a disabled veteran and pro se litigant currently living on a fixed income. I was previously denied in forma pauperis status while represented by counsel. However, I am now fully self-represented and have been solely responsible for all litigation costs.

    To date, I have incurred approximately $300 in PACER fees, purchased essential software for formatting and filing, and paid for all document printing and production. These expenses have created significant financial strain. I respectfully request that the Court reconsider my eligibility for transcript assistance under these current circumstances.

Respectfully submitted,

Lester A. Lee, Jr.