**AO 239 - Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)**

U.S. District Court for the District of Maryland – Baltimore Division

Case No.: 8:24-cv-01205-ABA

Plaintiff: Lester A. Lee, Jr.

PART A – INFORMATION ABOUT YOU

1. Are you currently incarcerated? No

2. Are you currently employed? No

 b. If no, explain: Disability. Disabled.

3. Income received in the past 12 months:

  - Business, profession, or other self-employment: $0

  - Rent payments, interest, or dividends: $0

  - Pensions, annuities, or life insurance payments: $0

  - Disability or workers' compensation: $0

  - Any other sources (e.g., VA disability): $35,000

PART B – EXPENSES

  - Rent or home-mortgage payment: $1,500

  - Utilities: $0

  - Food: $400

  - Transportation: $250

  - Other recurring expenses (phone, pets, medications): $300

PART C – ASSETS

  - Cash: $0

  - Bank accounts: $30

  - Real estate: None

  - Motor vehicle(s): None

PART D – DEBTS AND OBLIGATIONS

  - Credit cards: $120 + $90

  - Loans: $0

  - Other debts: $0

PART E – OTHER INFORMATION

I am on a fixed income and have had unexpected legal costs due to proceeding pro se. These include software purchases, printing and mailing court documents, maintaining internet access, and covering a growing PACER account bill of approximately $300. These administrative costs have been difficult to manage in light of my limited financial resources.

Declaration: I declare under penalty of perjury that the above information is true and correct.

Respectfully submitted,

*[signature]*

Lester A. Lee, Jr.

Date: July 21, 2025