## AO 435 - Transcript Order Form

U.S. District Court for the District of Maryland – Baltimore Division

Plaintiff: Lester A. Lee, Jr. (Pro Se)

Case No.: 8:24-cv-01205-ABA

Date of Proceeding: July 10, 2025

Type of Proceeding: Motion Hearing

Judge: Hon. Adebayo O. Abelson

Transcript Requested: Entire hearing

Transcript Format: PDF

Special Instructions: Plaintiff is a disabled pro se litigant and respectfully requests that this transcript order be processed contingent upon Court approval under 28 U.S.C. § 753(f). Plaintiff does not authorize payment unless the Court grants the pending motion for transcript to be produced at government expense. AO 239 and supporting declaration have been submitted concurrently for the Court's consideration.

Respectfully submitted,

*[signature]*

Lester A. Lee, Jr.

Date: July 21, 2025