IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LESTER LEE,
    *Plaintiff, Pro Se*

v.        Case No. 8:24-cv-01205-ABA

BROOKSIDE PARK CONDOMINIUM, INC.,
METROPOLIS (MCM, INC.),
RAMMY AZOULAY, and
LAMONT SAVOY,
    *Defendants.*

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Lester Lee, pro se, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on July 16, 2025, granting Defendants' motion for summary judgment and entering judgment in favor of Defendants.

This appeal also encompasses all prior orders, rulings, and decisions adverse to Plaintiff that merge into the final judgment, including but not limited to:

1. Orders relating to the disqualification of counsel;

2. Orders denying Plaintiff's motions and motions filed by Plaintiff's prior counsel, including any dispositive motions;

3. Ethical violations and misconduct by counsel on both sides, including unauthorized release of Plaintiff's documents, failure of Plaintiff's counsel to provide Plaintiff with discovery received, discovery abuse by opposing counsel, and conflicts of interest;

4. The Court failed to adjudicate Plaintiff's Title III public accommodation claim under the ADA relating to the pool incident, despite acknowledging it was pled. This appeal involves rights under the Americans with Disabilities Act (42 U.S.C. §§ 12101 et seq.) and the Fair Housing Act (42 U.S.C. §§ 3601–3619), as well as constitutional rights under the Fifth and Fourteenth Amendments to the United States Constitution.

5. The Court's failure to consider mitigation measures before granting summary judgment;

6. Any and all rulings affecting Plaintiff's constitutional rights to due process, equal protection, and a fair hearing; and

7. All interlocutory and evidentiary rulings, and any other adverse determinations that merge into the final judgment.

Pursuant to 28 U.S.C. § 1915 and Federal Rule of Appellate Procedure 24(a)(1), Plaintiff Lester Lee, pro se, respectfully moves this Court for leave to proceed in forma pauperis on appeal in the above-captioned matter.

Respectfully submitted,

*[signature]*

Lester Lee
Plaintiff Pro Se
535 Wilson Bridge Drive, B1
Oxon Hill, Maryland 20745
Email: llee.documents@gmail.com

Date: August 14, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**LESTER LEE,**
    Plaintiff, Pro Se

v.    Case No. 8:24-cv-01205-ABA

**BROOKSIDE PARK CONDOMINIUM, INC.,**
**METROPOLIS (MCM, INC.),**
**RAMMY AZOULAY, and**
**LAMONT SAVOY,**
    Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on this **15th day of August, 2025**, a true and correct copy of the foregoing **Notice of Appeal** was served by first-class mail, postage prepaid, upon the following counsel of record for Defendants:

**Anthony D. Dwyer**
Eccleston & Wolf, P.C. (Virginia Office)
7240 Parkway Drive, Suite 375
Hanover, MD 21076
Email: adwyer@ewva.com

**Henry T. Carkhuff**
Eccleston & Wolf, P.C. (Maryland Office)
Baltimore-Washington Law Center
7240 Parkway Drive, Suite 375
Hanover, MD 21076
Email: hcarkhuff@ewmd.com

Lester Lee
(Pro Se Plaintiff)
535 Wilson Bridge Drive, B1
Oxon Hill, MD 20745
(240) 553-4720